UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,           )
                             )   CIVIL ACTION
        Plaintiff,           )   No.
                             )
vs.                          )
                             )
SUSAN J. MARTIN, et al.,     )
                             )
        Defendants.          )

FILED
IN CLERKS OFFICE
2005 FEB -1 A 11: 36
U.S. DISTRICT COURT
DISTRICT OF MASS

**AFFIDAVIT OF KERRY M. CASTELLO IN SUPPORT OF APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

I, Kerry M. Castello, hereby state that:

1. I am the moving party in the above entitled action.

2. I do not have the funds to pay the filing fee for this action.

3. I do not have any assets or income.

4. I do not have a prison job.

5. I receive approximately $50.00 per month from my father to purchase basic necessities, i.e., razors, deodorant, soap, toothpaste, etc.

6. The treasurer here at MCI Norfolk has provided me with an account statement for the past six months. The statement shows that I have a balance of $84.22 as of the ending date, but it does not include this weeks commissary purchase.

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th day of January, 2005.

Kerry M. Castello, Pro Se
M.C.I. Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056