MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

MCI NORFOLK

Inmate Name............       CASTELLO    KERRY

Commitment number....       W68067

Period encompassed....       7/1/2004 THRU    12/31/2004

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 51.93 | 19.62 | 71.55 |
| 20% of Six Month Average Daily Balance | 14.31 | | |
| Total Expenditures for Period | | | 486.15 |
| Total Income for Period | | | 465.93 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _____*Marsha Collins*_____
MARSHA COLLINS, Treasurer

Time: 3:03 PM

Date: 1/26/05

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

*court copy*

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050119 10:37

| | | | | | | | Page : 1 |
|---|---|---|---|---|---|---|---|
| Commit# : | W68067 | | | | MCI NORFOLK | | |
| Name : | CASTELLO, KERRY, M. | | | Statement From | 20040701 | | |
| Inst : | MCI NORFOLK | | | To | 20041231 | | |
| Block : | 2-1 | | | | | | |
| Cell/Bed : | 105 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,947.87 | $3,843.24 | $19.53 | $0.00 |
| 20040701 22:30 | CN - Canteen | 3030692 | | NOR | Canteen Date : 20040701 | $0.00 | $14.79 | $0.00 | $0.00 |
| 20040702 13:49 | ML - Mail | 3033754 | | NOR | BRADLEY COSTELLO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040708 22:30 | CN - Canteen | 3061359 | | NOR | Canteen Date : 20040708 | $0.00 | $41.79 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3073378 | | NOR | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3073379 | | NOR | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20040715 22:30 | CN - Canteen | 3105054 | | NOR | Canteen Date : 20040715 | $0.00 | $14.39 | $0.00 | $0.00 |
| 20040722 22:30 | CN - Canteen | 3134000 | | NOR | Canteen Date : 20040722 | $0.00 | $12.42 | $0.00 | $0.00 |
| 20040729 22:30 | CN - Canteen | 3160575 | | NOR | Canteen Date : 20040729 | $0.00 | $17.29 | $0.00 | $0.00 |
| 20040803 13:32 | ML - Mail | 3172015 | | NOR | BRADLEY N. CASTELLO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040805 22:30 | CN - Canteen | 3189284 | | NOR | Canteen Date : 20040805 | $0.00 | $21.57 | $0.00 | $0.00 |
| 20040806 12:37 | IC - Transfer from Inmate to Club A/c | 3193184 | | NOR | FIRST CLASS LETTER TO: (IISA) DONNA JURDAK POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3207461 | | NOR | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3207462 | | NOR | | $0.00 | $0.00 | $0.03 | $0.00 |
| 20040812 22:30 | CN - Canteen | 3234671 | | NOR | Canteen Date : 20040812 | $0.00 | $18.99 | $0.00 | $0.00 |
| 20040819 12:55 | IC - Transfer from Inmate to Club A/c | 3260920 | | NOR | AUTHER BREWER MD POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040819 12:56 | IC - Transfer from Inmate to Club A/c | 3260923 | | NOR | SUPERINTENDENT POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040826 22:30 | CN - Canteen | 3290912 | | NOR | Canteen Date : 20040826 | $0.00 | $8.61 | $0.00 | $0.00 |
| 20040827 13:04 | IC - Transfer from Inmate to Club A/c | 3293782 | | NOR | N.M INMATE CLOTHING PURCHASE - Z51 INMATE CLOTHING PURCHASE - Z51 | $0.00 | $16.84 | $0.00 | $0.00 |
| 20040831 11:40 | EX - External Disbursement | 3301270 | 50716 | NOR | COMMONWEALTH OF MASSACHUSETTS | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040902 12:02 | ML - Mail | 3317160 | | NOR | BRADLEY N CASTELLO -CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040907 13:58 | ML - Mail | 3326516 | | NOR | PAULA BASAO BASAO, PAULA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3333714 | | NOR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3333715 | | NOR | | $0.00 | $0.00 | $0.03 | $0.00 |
| 20040909 22:30 | CN - Canteen | 3361531 | | NOR | Canteen Date : 20040909 | $0.00 | $27.10 | $0.00 | $0.00 |
| 20040915 13:07 | IC - Transfer from Inmate to Club A/c | 3376628 | | NOR | CERTIFIED LETTER TO: COMMISSIONER DENNEHY POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20040916 22:30 | CN - Canteen | 3390747 | | NOR | Canteen Date : 20040916 | $0.00 | $16.25 | $0.00 | $0.00 |
| 20040922 15:15 | IC - Transfer from Inmate to Club A/c | 3405831 | | NOR | SUSAN J MARTIN POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20050119 10:37

| Commit# : | W68067 | | | | | | MCI NORFOLK | | Page : | 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Name : | CASTELLO, KERRY, M. | | | | Statement From | 20040701 | | | | |
| Inst : | MCI NORFOLK | | | | To | 20041231 | | | | |
| Block : | 2-1 | | | | | | | | | |
| Cell/Bed : | 305 /A | | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040922 15:54 | IC - Transfer from Inmate to Club A/c | 3405000 | | NOR | AARON LAZARE M.D. CH-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $3.59 | $0.00 | $0.00 |
| 20040928 13:31 | IC - Transfer from Inmate to Club A/c | 3428531 | | NOR | Comm Kathleen Dennehy-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20040930 22:30 | CN - Canteen | 3446204 | | NOR | Canteen Date : 20040930 | $0.00 | $23.75 | $0.00 | $0.00 |
| 20041005 13:11 | ML - Mail | 3458772 | | NOR | BRADLEY N. CASTELLO-CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041005 13:11 | MA - Maintenance and Administration | 3458773 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041007 22:30 | CN - Canteen | 3479299 | | NOR | Canteen Date : 20041007 | $0.00 | $14.18 | $0.00 | $0.00 |
| 20041013 15:21 | IC - Transfer from Inmate to Club A/c | 3497298 | | NOR | West-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $7.80 | $0.00 | $0.00 |
| 20041013 16:58 | IS - Interest | 3499040 | | NOR | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20041013 16:58 | IS - Interest | 3499041 | | NOR | | $0.00 | $0.00 | $0.03 | $0.00 |
| 20041014 15:16 | IC - Transfer from Inmate to Club A/c | 3523314 | | NOR | AUTHER BREWER M.D.-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.30 | $0.00 | $0.00 |
| 20041014 15:23 | IC - Transfer from Inmate to Club A/c | 3523373 | | NOR | SUSAN MARTIN DOC HEALTH-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.30 | $0.00 | $0.00 |
| 20041014 15:24 | IC - Transfer from Inmate to Club A/c | 3523374 | | NOR | AARON LAZARE M.D.-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.30 | $0.00 | $0.00 |
| 20041014 15:25 | IC - Transfer from Inmate to Club A/c | 3523375 | | NOR | DONNA JURDAK HSA-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.32 | $0.00 | $0.00 |
| 20041028 22:30 | CN - Canteen | 3588124 | | NOR | Canteen Date : 20041028 | $0.00 | $15.31 | $0.00 | $0.00 |
| 20041103 13:50 | ML - Mail | 3606264 | | NOR | BRADLEY N. CASTELLO-CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041103 13:50 | MA - Maintenance and Administration | 3606265 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041108 14:58 | IC - Transfer from Inmate to Club A/c | 3630112 | | NOR | DONNA JURDAK HSA-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3644823 | | NOR | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3644824 | | NOR | | $0.00 | $0.00 | $0.04 | $0.00 |
| 20041111 22:30 | CN - Canteen | 3668940 | | NOR | Canteen Date : 20041111 | $0.00 | $27.23 | $0.00 | $0.00 |
| 20041116 10:32 | IC - Transfer from Inmate to Club A/c | 3682124 | | NOR | CERTIFIED LETTER TO SUPERINTENDENT SPENCER, 11/11/04-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20041116 10:32 | IC - Transfer from Inmate to Club A/c | 3682128 | | NOR | CERTIFIED LETTER TO AUTHER BREWER,M.D. 11/11/04-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3737869 | | NOR | Canteen Date : 20041129 | $0.00 | $18.37 | $0.00 | $0.00 |
| 20041203 13:53 | ML - Mail | 3764913 | | NOR | BRADLEY CASTELLO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041203 13:53 | MA - Maintenance and Administration | 3764914 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041206 11:52 | EX - External Disbursement | 3769556 | 61426 | NOR | TRUMBLE GREETINGS | $0.00 | $12.90 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :  20050119 10:37

| | | | | | | | Page : 3 |
|---|---|---|---|---|---|---|---|
| Commit# : | W68067 | | | MCI NORFOLK | | | |
| Name : | CASTELLO, KERRY, M. | | | Statement From | 20040701 | | |
| Inst : | MCI NORFOLK | | | To | 20041231 | | |
| Block : | 2-1 | | | | | | |
| Cell/Bed : | 305 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041207 15:50 | IC - Transfer from Inmate to Club A/c | 3776352 | | NOR | SUSAN J MARTIN POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041207 16:59 | IS - Interest | 3777946 | | NOR | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20041207 16:59 | IS - Interest | 3777947 | | NOR | | $0.00 | $0.00 | $0.04 | $0.00 |
| 20041209 22:30 | CN - Canteen | 3811421 | | NOR | Canteen Date : 20041209 | $0.00 | $14.50 | $0.00 | $0.00 |
| 20041213 13:22 | ML - Mail | 3820143 | | NOR | PAULA BASAO BASAO PAULA, , | $80.00 | $0.00 | $0.00 | $0.00 |
| 20041220 11:52 | ML - Mail | 3854837 | | NOR | BRADLEY N CASTELLO CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041223 14:50 | ML - Mail | 3881072 | | NOR | COLLEEN GONSALVES | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041227 12:07 | EX - External Disbursement | 3888121 | 51815 | NOR | WEST | $0.00 | $70.88 | $0.00 | $0.00 |
| 20041229 22:30 | CN - Canteen | 3904167 | | NOR | Canteen Date : 20041229 | $0.00 | $30.97 | $0.00 | $0.00 |
| | | | | | | $465.74 | $486.15 | $0.19 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $84.22 | $19.72 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $106.37 | $19.72 | $0.00 | $0.00 | $0.00 | $0.00 |