Kerry M. Castello
P.O. Box 43
Norfolk, MA 02056

FILED
CLERKS OFFICE

2005 FEB 23 P 12:49

U.S. DISTRICT COURT
DISTRICT OF MASS

February 20, 2005

Rebecca Greenberg
Deputy Clerk
United States District Court
1 Courthouse Way, Suite 2300
Office of the Clerk
Boston, MA 02210

RE: Castello v. Martin, et al.          C.A. NO. 05-10206-JLT

Dear Ms. Greenberg:

    I would first like to thank you for promptly processing this civil action. I have reviewed all the documents that you forwarded to me, including the docket entries. There is something that caught my immediate attention: page 1 of the docket entries indicates that there is no demand for jury trial in my Complaint. I must apologize for not placing it on the front cover. If you look at page 10 of the Complaint you will see my demand for jury trial.

    Generally, a demand for jury trial is captioned on the front of a Complaint or written as a separate document. I placed the demand at the end of the Complaint based on Metzger v. City of Leawood, 144 F.Supp. 1225 (D.Kan. 2001)(holding that plaintiff is correct in stating that demand may be incorporated in a pleading). The thought never crossed my mind that it would actually create more work for you, because the demand is not clearly visable on the cover. Can you please make the correction on the docket?

    Thank you for your attention to this matter.

Very truly yours,

Kerry M. Castello
Kerry M. Castello

KC/kc
CC: File