| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Kerry M. Castello | COURT CASE NUMBER<br>05-10206-JLT |
|---|---|
| DEFENDANT Aaron Lazare, M.D., individually and in his official capacity | TYPE OF PROCESS personally and ~~official capacity~~ |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aaron Lazare, M.D.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**AT** 55 Lake Avenue North, Worcester, MA 01655   Tel. 508 856-8100   Fax: 856-8181

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kerry M. Castello
M.C.I. Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

[Stamp: 2005 FEB 24 A 11:—  RECEIVED U.S. MARSHAL SERVICE BOSTON, MA]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Aaron Lazare, M.D., is Chancellor and Dean of the University of Massachusetts Medical School. Public Affairs Office 508 856-2000. If Mr. Lazare is not available there is a alternate address: Office of Claims Management, Hahnemann Campus, 291 Lincoln Street, Worcester, MA 01605. Tel. 508 334-5402 Fax 508 334-8551.   NOTE: Mass. R. Civ. P. (State) 4(d)(3) requires the attorney general to be served with a copy of the Summons & Complaint via certified mail.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
*Kerry M. Castello*   TELEPHONE NUMBER N/A   DATE 2-18-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk *Nancy Delauer* | Date 2/24/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service   Time   am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Service by Cert Mail 7002051000041359468 3
3/03/05  to US Attorney General WA, DC

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division       District of       MASSACHUSETTS

KERRY M. CASTELLO,
              Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

SUSAN J. MARTIN, ET AL.,
              Defendants

CASE     C.A. 05-10206-JLT

TO: (Name and address of Defendant)

AARON LAZARE, M.D., individually and in his official capacity.

Address:
55 Lake Avenue North
Worcester, MA 01655

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**KERRY M. CASTELLO, pro se**
M.C.I. Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM RUANE, ACTING CLERK     2/16/05
CLERK                                         DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>US ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 0 2 2005<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☑ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7002 0510 0004 1359 4683 | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835

(Stamp: SCREENED)