U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF
Kerry M. Castello

COURT CASE NUMBER
05-10206-JLT

DEFENDANT
Arthur Brewer, M.D., individually and in his official capacity

TYPE OF PROCESS
personally and [redacted]

**SERVE** ➔ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Arthur Brewer, M.D.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
One Research Drive, Suite 120C, Westborough, MA 01581 Tel. 508 475-3220

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kerry M. Castello
M.C.I. Norfolk
2 Clark Street
Norfolk, MA 02056

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

2005 FEB 24 A 11:54
RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Fold

Arthur Brewer, M.D., is the Director of the UMass Correctional Health Program (address listed above) The Tel. number is: 508 475-3220 Fax 508 475-3270 . He is available 9:00 A.M. through 5:00 P.M., Mon.-Fri.

NOTE: Mass. R. Civ. P. (State) 4(d)(3) requires that the attorney general be served with a copy of the Summons and Complaint via certified mail.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Kerry M. Castello | ☑ PLAINTIFF ☐ DEFENDANT | N/A | 2-18-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 2/24/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service | Time am pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
3/2/05 Service by Cert Mail 7002 0510 0000 4135 9468 3 rt to US Attorney General WA, DC

**PRIOR EDITIONS MAY BE USED**

1. CLERK OF THE COURT

**FORM USM-285 (Rev. 12/15/80)**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division District of MASSACHUSETTS

KERRY M. CASTELLO,
Plaintiff
V.

SUSAN J. MARTIN, ET AL.,
Defendants

**SUMMONS IN A CIVIL CASE**

**CASE** **C.A. 05-10206-JLT**

**TO: (Name and address of Defendant)**

ARTHUR BREWER, M.D., individually and in his official capacity.

**Address:**
One Research Drive
Suite 120C
Westborough, MA 01581

**YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)**

**KERRY M. CASTELLO, pro se**
M.C.I. Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

*** or answer as otherwise required by the Federal Rules of Civil Procedure.**

**an answer to the complaint which is herewith served upon you, 20* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.**

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**WILLIAM RUANE, ACTING CLERK**
**CLERK**

2/16/05
**DATE**

Rebecca Greenberg
**(By) DEPUTY CLERK**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

USMS SCREENED

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[signature]

MAR 02 2005

3. Service Type
☑ Certified Mail ☐ Express Mail
☑ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7002 0510 0004 1359 4683

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-0835