# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kerry M. Castello | 05-10206-JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Donna Jurdak, R.N., individually and in her official capacity | Personally and ~~[redacted]~~ |

**SERVE**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Donna Jurdak
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) Tel. (508) 668-0800 Ext. 288
  **AT** M.C.I. Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kerry M. Castello
M.C.I. Norfolk
2 Clark Street
Norfolk, MA 02056

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

[Stamp: 2005 FEB 24 A ... RECEIVED U.S. MARSHAL SERVICE BOSTON, MA]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Donna Jurdak, R.N., is additionally the Health Services Administrator at the Massachusetts Correctional Institution Norfolk (address listed above). She is available at the facility from 9:00 A.M. through 5:00 P.M., Mon.-Fri.

NOTE: Mass. R. Civ. P. (State) 4(d)(3) requires that the attorney general be served with a copy of the Summons and Complaint via certified mail.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
_Kerry M. Castello, pro Se_    TELEPHONE NUMBER: N/A    DATE: 2-18-05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | _Nancy Talanian_ | 2/24/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
3/2/05 — Service by Cert. Mail 7002051000041359468 to US Attorney General WA, DC

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division                    District of    MASSACHUSETTS

KERRY M. CASTELLO,
              Plaintiff                              **SUMMONS IN A CIVIL CASE**
   V.

SUSAN J. MARTIN, ET AL.,
              Defendants          **CASE**        C.A. 05-10206-JLT

**TO:** (Name and address of Defendant)

DONNA JURDAK, R.N., individually and in her official capacity.

Address:
M.C.I. Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**KERRY M. CASTELLO, pro se**
M.C.I. Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM RUANE, ACTING CLERK          2/16/05
CLERK                                 DATE

*(signature)*
(By) DEPUTY CLERK

