**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kerry M. Castello | 05-10206-JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Arthur Brewer, M.D., individually and in his official capacity | personally and cert. mail to A.G. office |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Arthur Brewer, M.D.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** One Research Drive, Suite 120C, Westborough, MA 01581    Tel. 508 475-3220

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kerry M. Castello
M.C.I. Norfolk
2 Clark Street
Norfolk, MA 02056

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Arthur Brewer, M.D., is the Director of the UMass Correctional Health Program (address listed above) The Tel. number is: 508 475-3220 Fax 508 475-3270. He is available 9:00 A.M. through 5:00 P.M., Mon.-Fri.

NOTE: Mass. R. Civ. P. (State) 4(d)(3) requires that the attorney general be served with a copy of the Summons and Complaint via certified mail.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
*Kerry M. Castello*
TELEPHONE NUMBER: N/A
DATE: 2-18-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: *Nancy Jalaian*
Date: 2/24/05

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Valerie MacLeod assistant to Dr. Brewer

☑ person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/2/05
Time: 1400 pm
Signature of U.S. Marshal or Deputy: *Cynthia DeCann*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 2/24/05 Process FWD to USMS office in Worcester, MA nt

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division                District of                MASSACHUSETTS

KERRY M. CASTELLO,
           Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

SUSAN J. MARTIN, ET AL.,
           Defendants

CASE    C.A. 05-10206-JLT

**TO:** (Name and address of Defendant)

AARON LAZARE, M.D., individually and in his official capacity.

Address:
55 Lake Avenue North
Worcester, MA 01655

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**KERRY M. CASTELLO, pro se**
M.C.I. Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM RUANE, ACTING CLERK          2/16/05
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division                    District of                    MASSACHUSETTS

KERRY M. CASTELLO,
                Plaintiff
   V.

SUSAN J. MARTIN, ET AL.,
                Defendants

**SUMMONS IN A CIVIL CASE**

CASE    C.A. 05-10206-JLT

TO: (Name and address of Defendant)

ARTHUR BREWER, M.D., individually and in his official capacity.

Address:
One Research Drive
Suite 120C
Westborough, MA 01581

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KERRY M. CASTELLO, pro se
M.C.I. Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM RUANE, ACTING CLERK         2/16/05
CLERK                                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,
       Plaintiff,

v.                                    Civil Action No. 05-10206-JLT

SUSAN J. MARTIN, in her individual
and official capacity as Director of
Health Services Division, et al.,
       Defendants.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit:

### FINDINGS

The Court finds the following:

A.    Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h)?
        Yes ☒   No ☐

B.    Is a filing fee, under 28 U.S.C. § 1915(b), to be assessed at this time?

    1. Yes ☐    Plaintiff is obligated to pay the statutory filing fee immediately. See 28 U.S.C. § 1915(b)(1). ($150.00 for a civil action or $105.00 for a notice of appeal).

    2. Yes ☒    An initial partial filing fee of **$14.31** is assessed pursuant to 28 U.S.C. § 1915(b)(1). The remainder of the fee $135.69 is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).

    3. Yes ☐    Plaintiff has proffered evidence of being without funds for six months and being currently without funds. Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account each time it exceeds $10.00 towards the payment of the $150.00 filing fee.

Page 1

4. No ☐    Plaintiff is not assessed a filing fee at this time.

C. After screening pursuant to 28 U.S.C. § 1915 and/or 28 U.S.C. § 1915A, which, if any, of the following findings does the court make?

    1. Has the court determined that the complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted?
       No ☒    Yes ☐    as to the claims against defendant(s) _____

    2. Has the court determined that the complaint seeks relief from a defendant or defendants who are immune from such relief?
       No ☒    Yes ☐    as to the claims against defendant(s) _____

    3. 42 U.S.C. § 1997e, Sec. 7(g)(2):

"The court may require any defendant to reply to a complaint . . . if it [the court] finds that the plaintiff has a reasonable opportunity to prevail on the merits."

Has the court first, determined that the complaint is sufficient to satisfy the pleading requirements for stating a cognizable claim and, second, found that the plaintiff has a reasonable opportunity to prevail on the merits on the remaining claims in the complaint against one or more defendants?

      a. Yes ☒    The court has so determined and found as to each named defendant.

      b. No ☐    because the court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against
             ☐ all defendants    ☐ the defendant(s) _____

      c. No ☐    because the court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against

Page 2

    ☐ all defendants   ☐ the defendant(s)

_____

_____

d. Cannot say

☐ It is not feasible for the Court to make a determination on these questions on the present record as to the remaining claims against

☐ all defendants   ☐ the defendant(s)

## ORDERS

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?

   Yes ☒    No ☐

2. If a finding is made under paragraph B above, is it a provisional finding that is subject to early modification?

   Yes ☒    No ☐

   If the above answer is Yes, the following applies: If the plaintiff files, within 35 days of the date of this Order, either a certified copy of his/her prison trust account, or a statement signed by plaintiff under the pains and penalties of perjury, showing eligibility to proceed in this action without paying a filing fee or without payment of as much as found in paragraph B above to be assessed the plaintiff, the court will consider the certificate or statement in determining whether to modify paragraph B.

3. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?

   Yes ☒    No ☐

4. Is it FURTHER ORDERED that the Clerk issue summons and the United States Marshal serve a copy of the complaint, summons, and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

   No ☐ Yes ☒      ☒ as to all defendants

                           ☐ only as to defendants

5. Is it FURTHER ORDERED that the Clerk dismiss certain claims in this action ?

    No ☒    Yes ☐☐ as to all defendants

                      ☐ only as to defendant(s)

6.   a. Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the court in reaching a prompt final disposition on the merits?

    No ☐    Yes ☒☒ as to all defendants

                      ☐ only as to defendant(s)

OR

  b. If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

    No ☐    Yes ☐☐ as to all defendants

                      ☐ only as to defendants

February 15, 2005
DATE

/s/ Joseph L. Tauro
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE