UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10206-JLT

_____
KERRY M. CASTELLO,               )
    Plaintiff,                   )
                                 )
V.                               )
                                 )
SUSAN J. MARTIN, in her individual )
and official capacity as Director of the )
Department of Correction, Health Services )
Division; AARON LAZARE, M.D., in )
his individual and official capacity as )
Chancellor and Dean of the University of )
Massachusetts Medical School; ARTHUR )
BREWER, M.D., in his individual and official )
capacity as Director of the UMass correctional )
Health Program; DONNA JURDAK, R.N., )
in her individual and official capacity as )
Health Services Administrator at the Massachusetts )
Correctional Institution Norfolk; )
    Defendants.                  )
_____)

## DEFENDANT DONNA JURDAK.'S JURY TRIAL DEMAND

In the above-entitled action, the Defendant, Donna Jurdak, R.N., claims a trial by jury of all issues triable to a jury.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 18th ,day of March, 2005

/s/ James A. Bello
_____
James A. Bello

Respectfully submitted,
The Defendant,
DONNA JURDAK, R.N.
By her attorneys,

**/s/ James A. Bello**
_____
James A. Bello, BBO# 633550
Jason W. Crotty, BBO#
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1131795v1