UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.: 05-10206-JLT

_____
KERRY M. CASTELLO,                                )
    Plaintiff,                                              )
                                                                  )
V.                                                               )
                                                                  )
SUSAN J. MARTIN, in her individual       )
and official capacity as Director of the      )
Department of Correction, Health Services )
Division; AARON LAZARE, M.D., in        )
his individual and official capacity as        )
Chancellor and Dean of the University of   )
Massachusetts Medical School; ARTHUR  )
BREWER, M.D., in his individual and official )
capacity as Director of the UMass correctional )
Health Program; DONNA JURDAK, R.N.,   )
in her individual and official capacity as    )
Health Services Administrator at the Massachusetts )
Correctional Institution Norfolk;                )
    Defendants.                                            )
_____)

## DEFENDANT AARON LAZARE, M.D.'S, JURY TRIAL DEMAND

In the above-entitled action, the Defendant, Aaron Lazare, M.D., claims a trial by jury of all issues triable to a jury.

|  |  |
|---|---|
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 18th ,day of March, 2005<br><br>/s/ James A. Bello<br>_____<br>James A. Bello | Respectfully submitted,<br>The Defendant,<br>AARON LAZARE, M.D.<br>By his attorneys,<br><br>**/s/ James A. Bello**<br>_____<br>James A. Bello, BBO# 633550<br>Jason W. Crotty, BBO#<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

1131771v1