UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10206-JLT

| | |
|---|---|
| KERRY M. CASTELLO, | ) |
|     Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| SUSAN J. MARTIN, in her individual | ) |
| and official capacity as Director of the | ) |
| Department of Correction, Health Services | ) |
| Division; AARON LAZARE, M.D., in | ) |
| his individual and official capacity as | ) |
| Chancellor and Dean of the University of | ) |
| Massachusetts Medical School; ARTHUR | ) |
| BREWER, M.D., in his individual and official | ) |
| capacity as Director of the UMass correctional | ) |
| Health Program; DONNA JURDAK, R.N., | ) |
| in her individual and official capacity as | ) |
| Health Services Administrator at the Massachusetts | ) |
| Correctional Institution Norfolk; | ) |
|     Defendants. | ) |
| | ) |

## DEFENDANT ARTHUR BREWER, M.D.'S JURY TRIAL DEMAND

In the above-entitled action, the Defendant, Arthur Brewer, M.D., claims a trial by

jury of all issues triable to a jury.

Respectfully submitted,
The Defendant,
ARTHUR BREWER, M.D.
By his attorneys,

I hereby certify that a true copy of the above
document was served upon (each party
appearing pro se and) the attorney of record
for each (other) party by mail on this
_____,day of _____, 2005

**/s/ James A. Bello**

/s/ James A. Bello

_____

_____

James A. Bello, BBO# 633550

James A. Bello

Jason W. Crotty, BBO#

MORRISON MAHONEY LLP

250 Summer Street

Boston, MA 02210

(617) 439-7500