UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

KERRY CASTELLO,                              C.A. No. 05-10206-JLT

    Plaintiff,

    v.

SUSAN MARTIN, et al.,

    Defendants.

## NOTICE OF APPEARANCE

    Please enter my appearance for defendant Susan Martin in the above-captioned matter.

                                              Respectfully submitted,

                                              NANCY ANKERS WHITE
                                              Special Assistant Attorney General
Dated:    March 28, 2005       /s/ Stephen G. Dietrick_____
                                              Stephen G. Dietrick
                                              Deputy General Counsel
                                              Legal Division
                                              Department of Correction
                                              70 Franklin Street, Suite 600
                                              Boston, MA  02110-1300
                                              Tel. (617) 727-3300 Ext. 116
                                              B.B.O. #123980

## CERTIFICATE OF SERVICE

    I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 28th day of March, 2005, I served a copy of the foregoing on plaintiff Kerry Castello, by first class mail, postage prepaid to him at his address:  P.O. Box 43, Norfolk, MA  02056.

Dated:    March 28, 2005              /s/_Stephen G. Dietrick_____
                                              Stephen G. Dietrick
                                              Deputy General Counsel