UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

KERRY CASTELLO,                         C.A. No. 05-10206-JLT

    Plaintiff,

    v.

SUSAN MARTIN, <u>et al</u>.,

    Defendants.

### MOTION FOR EXEMPTION FROM L.R. 7.1 REQUIRING MOTION CONFERENCE

Defendant Susan Martin requests that the Court exempt her from the requirements of L.R. 7.1(A)(2) for their contemporaneously filed Motion To Enlarge and for all other motions which may be filed in this matter.

As reason therefor, defendant states that plaintiff is a <u>pro</u> <u>se</u> prisoner. Any attempts to confer with him before filing motions would be unduly burdensome, create unnecessary delays, and serve no useful purpose.

                                              Respectfully submitted,

                                              NANCY ANKERS WHITE
                                              Special Assistant Attorney General
Dated:   March 28, 2005    /s/ Stephen G. Dietrick_____
                                              Stephen G. Dietrick
                                              Deputy General Counsel
                                              Legal Division
                                              Department of Correction
                                              70 Franklin Street, Suite 600
                                              Boston, MA  02110-1300
                                              Tel. (617) 727-3300 Ext. 116
                                              B.B.O. #123980

**CERTIFICATE OF SERVICE**

    I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 28th day of March, 2005, I served a copy of the foregoing on plaintiff Kerry Castello, by first class mail, postage prepaid to him at his address:  P.O. Box 43, Norfolk, MA  02056.


Dated:   March 28, 2005        /s/_Stephen G. Dietrick_____
                                      Stephen G. Dietrick
                                      Deputy General Counsel