UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

KERRY CASTELLO,    C.A. No. 05-10206-JLT

    Plaintiff,

    v.

SUSAN MARTIN, et al.,

    Defendants.

**MOTION TO ENLARGE**

Defendant Susan Martin moves for an enlargement of time through May 6, 2005 within which to respond to plaintiff's Verified Complaint. As reason therefor, counsel for defendant states that in light of numerous other competing demands for his time, including an upcoming jury trial in state court, additional time is needed to investigate the Verified Complaints' allegations and to prepare an informed response.

    Respectfully submitted,

    NANCY ANKERS WHITE
    Special Assistant Attorney General

Dated:   March 28, 2005    /s/ Stephen G. Dietrick_____
    Stephen G. Dietrick
    Deputy General Counsel
    Legal Division
    Department of Correction
    70 Franklin Street, Suite 600
    Boston, MA  02110-1300
    Tel. (617) 727-3300 Ext. 116
    B.B.O. #123980

**CERTIFICATE OF SERVICE**

    I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 28th day of March, 2005, I served a copy of the foregoing on plaintiff Kerry Castello, by first class mail, postage prepaid to him at his address: P.O. Box 43, Norfolk, MA 02056.

Dated:   March 28, 2005                     /s/_Stephen G. Dietrick_____
                                                    Stephen G. Dietrick
                                                    Deputy General Counsel