UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,         )
                           )         CIVIL ACTION
          Plaintiff,       )         NO. 05-10206-JLT
                           )
     v.                    )
                           )
SUSAN J. MARTIN, et al.,   )
                           )
          Defendants.      )

### SUPPLEMENTAL AFFIDAVIT OF RETURN OF SERVICE

I, Kerry M. Castello, hereby certify that:

1. On March 22, 2005, I served Commissioner Kathleen M. Dennehey with true copies of the following documents:

   [x] Complaint.
   [x] Summons.
   [x] Order on Application to Proceed Without Prepayment of Fees.

By: certified mail with return receipt requested to the following address:

> Department of Correction
> 50 Maple Street, Suite 3
> Milford, MA 01757

2. Commissioner Kathleen M. Dennehey or her designee received and signed for the documents aforementioned, the original receipt of which is herewith accompanying this affidavit as actual proof of service.

I HEREBY DECLARE AND VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS _29th_ DAY OF _March_, _2005_.

_Kerry M. Castello_
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056