UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,           )                    CIVIL ACTION
                             )                    NO. 05-10206-JLT
          Plaintiff,         )
                             )
     v.                      )
                             )
SUSAN J. MARTIN, et al.,     )
                             )
          Defendants.        )

*FILED CLERKS OFFICE 2005 MAR 31 A II: 52 U.S. DISTRICT COURT DISTRICT OF MASS*

### SUPPLEMENTAL AFFIDAVIT OF RETURN OF SERVICE

I, Kerry M. Castello, hereby certify that:

1. On March 22, 2005, I served Attorney General Thomas Reilly with true copies of the following documents:

   [x] Complaint.
   [x] Summons.
   [x] Order on Application to Proceed Without Prepayment of Fees.

By: certified mail with return receipt requested to the following address:

   Office of the Attorney General
   One Ashburton Place
   Boston, MA 02108

2. Attorney General Thomas Reilly or his designee received and signed for the documents aforementioned, the original receipt of which is herewith accompanying this affidavit as actual proof of service.

I HEREBY DECLARE AND VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 29Th DAY OF March, 2005.

                              Kerry M. Castello
                              Kerry M. Castello, Pro Se
                              P.O. Box 43
                              Norfolk, MA 02056