UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,            )
                              )
            Plaintiff,        )
    v.                        )      C.A. NO. 05-10206-JLT
                              )
SUSAN J. MARTIN, et al.,      )
                              )
            Defendants.       )

### MOTION FOR COURT ORDER EXEMPTING PLAINTIFF FROM MOTION CONFERENCES UNDER LR 7.1(A)(2)

Plaintiff Kerry M. Castello moves this Court for entry of an order exempting him from all motion conferences pursuant to LR 7.1(A)(2). The reasons for this motion are as follows:

1. Plaintiff is a pro se prisoner with very limited access to telephones. He cannot attend motion conferences in person, and it is highly unlikely that the defendants' counsel would be able to meet with him at the prison to narrow the contours of disputes before bringing them to this Court.

2. Based on the circumstances aforementioned, the plaintiff believes that any attempt to confer with the defendants before filing motions would be overburdensome, it would create substantial delays, and it would not serve any useful purpose in this action.

WHEREFORE, the plaintiff requests that this Court enter an order exempting him from all motion conferences under LR 7.1(A)(2).

Respectfully submitted
by the plaintiff,

2

*Kerry M. Castello*
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

### CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 5th day of April, 2005.

*Kerry M. Castello*
Kerry M. Castello, Pro Se