UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,         )
                           )
        Plaintiff,         )
                           )    C.A. NO. 05-10206-JLT
    v.                     )
                           )
SUSAN J. MARTIN, et al.,   )
                           )
        Defendants.        )

### AFFIDAVIT IN COMPLIANCE WITH LR 7.1(A)(2)

I, Kerry M. Castello, hereby state:

1. On March 31, 2005, I conferred with Attorney James Bello via letter regarding the subject matter of the motion accompanying this affidavit. Hereto attached is a true copy of the letter marked Exhibit "A."

2. I have not received any response from Attorney James Bello.

3. On March 31, 2005, I conferred with Attorney Stephen G. Dietrick via letter regarding the subject matter of the motion accompanying this affidavit. Hereto attached is a true copy of the letter marked Exhibit "B."

4. I have not received any response from Attorney Stephen G. Dietrick.

I DECLARE AND VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 5th DAY OF April, 2005.

Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

## CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the Affidavit in Compliance With LR 7.1(A)(2) was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 5th day of April, 2005.

_Kerry M. Castello_
Kerry M. Castello, Pro Se

Kerry M. Castello
P.O. Box 43
Norfolk, MA 02056

March 31, 2005

James A. Bello, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

RE: Castello v. Martin, et al.          C.A. NO. 05-10206-JLT

Dear Attorney Bello:

    As you are aware, LR 7.1(A)(2) requires the parties to confer with each other before filing motions with the court. The purpose of the rule is for the parties to narrow the contours of their disputes before bringing them to the court. In this case, however, I believe that compliance with the rule would be overburdensome. I simply cannot foresee you making visits to the prison...

    In light of my circumstances, I have drafted a motion for entry of an order exempting me from all motion conferences under the local rule. If you disagree with it, or, if you have any suggestions, you can write to me at my address listed above. If I do not hear from you within three days, then I will submit my motion to the court and forward you a copy. This letter serves as compliance with LR 7.1(A)(2).

    Thank you for your attention to this matter.

                                                 Very truly yours,

                                                 Kerry M. Castello

CC: File
    Stephen G. Dietrick, esq.

Kerry M. Castello
P.O. Box 43
Norfolk, MA 02056

March 31, 2005

Stephen G. Dietrick, Esq.
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300

RE: Castello v. Martin, et al.              C.A. NO. 05-10206-JLT

Dear Attorney Dietrick:

    This letter is in regard to your Motion for Exemption. I agree with you. You will find enclosed a copy of my letter to Attorney Bello, which, as you can see for yourself, addresses the same subject matter.

    Please be aware that I will be submitting a similar motion to the court. If you disagree with it, I must suggest that you write to me at my address listed above. If I do not hear from you within three days, then I will submit my motion to the court and forward you a copy. This letter serves as compliance with LR 7.1(A)(2).

    Thank you for your attention to this matter.

                                    Very truly yours,

                                    Kerry M. Castello

CC: File
    James A. Bello, Esq.