UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

KERRY CASTELLO,                              C.A. No. 05-10206-JLT

    Plaintiff,

    v.

SUSAN J. MARTIN, et al.,

    Defendants.

### DEFENDANT SUSAN J. MARTIN'S MOTION FOR SUMMARY JUDGMENT

Defendant Susan Martin moves for summary judgment for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Dated:   May 6, 2005      /s/ Stephen G. Dietrick_____
Stephen G. Dietrick
Deputy General Counsel
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA  02110-1300
Tel. (617) 727-3300 Ext. 116
B.B.O. #123980

### CERTIFICATE OF SERVICE

I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 6th day of May, 2005, I served a copy of the foregoing on plaintiff Kerry Castello, by first class mail, postage prepaid to him at his address:  P.O. Box 43, Norfolk, MA  02056.

Dated:   May 6, 2005              /s/_Stephen G. Dietrick_____
Stephen G. Dietrick
Deputy General Counsel