UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO, )
)
       Plaintiff, )
  v. ) C.A. NO. 05-10206-JLT
)
SUSAN J. MARTIN, et al., )
)
       Defendants. )

**NOTICE OF MOTION FOR SUMMARY JUDGMENT
AGAINST THE DEFENDANT, ARTHUR BREWER, M.D., AS TO
COUNT ONE OF THE VERIFIED COMPLAINT**

    Plaintiff Kerry M. Castello gives notice, that upon his Verified Complaint, his Rule 56(e) Affidavits, and his Statement of Material Facts, he will move this Court, pursuant to Fed. R. Civ. P. 56, for an order granting him summary judgment in his favor and against the Defendant Arthur Brewer, M.D., as to Count One of the Verified Complaint, on the ground that there is no genuine issue as to any material fact, and that Plaintiff is entitled to summary judgment as a matter of law.

    Plaintiff is requesting that his Motion for Summary Judgment be scheduled for hearing on ___June 9___, 2005 at ___open___. This notice serves as compliance with Fed. R. Civ. P. 56(c).

Date: May 11, 2005

Respectfully submitted,

_Kerry M. Castello_
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

2

## CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 11th day of May, 2005.

_Kerry M. Castello_
Kerry M. Castello, Pro Se