UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,           )
                             )
        Plaintiff,           )    C.A. NO. 05-10206-JLT
    v.                       )
                             )
SUSAN J. MARTIN, et al.,     )
                             )
        Defendants.          )

### SECOND RULE 56(e) AFFIDAVIT
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
### AGAINST THE DEFENDANT, ARTHUR BREWER, M.D., AS TO
### COUNT ONE OF THE VERIFIED COMPLAINT

I, Kerry M. Castello, depose and state:

1. My name is Kerry M. Castello, and to my personal knowledge the facts stated below are true.

2. On April 15, 2005, an agent of the U.S. Department of Health and Human Services forwarded me an original Hepatitis C fact sheet. The fact sheet is produced by the National Digestive Diseases Information Clearinghouse ("NDDIC") under the guidance of scientists of the National Institute of Diabetes and Digestive and Kidney Diseases. It provides reliable up-to-date information on the management of Hepatitis C.

3. Hereto attached is a true copy of the NDDIC fact sheet (see Tab One, pp. 1-20).

4. On October 28, 2003, Dr. Ernest P. Osei-Tutu wrote a four page progress note and placed it in my medical file. He states on page two that, at that time, there are four hundred patients (inmates) statewide with chronic Hepatitis C and that of the four hundred only "40-45" are receiving treatment. He goes further to note that "[t]his has been necessitated by fiscal contraints (budget shortfall) at the State level."

5. Hereto attached is a true copy of Dr. Ernest P. Osei-Tutu's progress note (see Tab Two, pp. 1-4).

6. On August 13, 2004, I received a letter from Dr. Alfred DeMaria, Jr., Director of the Bureau of Comminicable Disease Control, in response to a public records request that I submitted to the Massachusetts Department of Public Health. Dr. DeMaria states in his letter that, due to the level of funding, there are about "50" patients (inmates) being treated for Hepatitis C.

7. Hereto attached is a true copy of Dr. Alfred DeMaria's letter (see Tab Two, p. 5).

8. In between the period of July and October of 2004 I submitted multiple sick call slips requesting the medications recommended by my doctors. The majority of the slips were not answered.

9. Hereto attached are several of the sick call slips that I copied prior to submitting them (see Tab Three, pp. 1-7).

10. On February 9, 2005, I received a letter from Dr. Arthur Brewer stating that I am on a waiting list to receive pegylated interferon. He additionally states that my "opportunity to start therapy will occur at some point."

11. Hereto attached is a true copy of Dr. Arthur Brewer's letter (see Tab Four, p. 1).

12. On April 12, 2005, I inspected my medical file to identify specific documents for copying. The documents were then copied by the medical records clerk at my direction.

13. Hereto attached are true copies of my medical records (see Tab Five, pp. 1-16).

14. All documents attached to this affidavit are identified and authenticated in compliance with Fed. R. Civ. P. 56(e), and they are to be used in support of my Motion for Summary Judgment Against the Defendant Arthur Brewer, M.D., as to Count One of the Verified Complaint.

15. It is my contention that there is no genuine issue to be tried as to Count One of the Verified Complaint, and that I am entitled to summary judgment as a matter of law.

I DECLARE AND VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 11Th DAY OF May, 2005.

Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

## CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this ___16th___ day of _____May_____, 2005.

_____
Kerry M. Castello, Pro Se