UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY M. CASTELLO, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 05-10206-JLT |
| v. ) | |
| ) | |
| SUSAN J. MARTIN, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR SUMMARY JUDGMENT
AGAINST THE DEFENDANT, DONNA JURDAK, R.N., AS TO
COUNT ONE OF THE VERIFIED COMPLAINT**

Plaintiff Kerry M. Castello moves this Court, pursuant to Fed. R. Civ. P. 56, for summary judgment in his favor and against the Defendant, Donna Jurdak ("Jurdak"), R.N., as to Count One of the Verified Complaint. In support of this motion, Plaintiff states:

1. Plaintiff alleges in Count One of the Verified Complaint that Jurdak deprived him of his Eighth Amendment right to be free from cruel and unusual punishment. The operative fact giving rise to this claim is Jurdak's failure to take reasonable measures to assist Plaintiff to obtain the medications recommended by his doctors for treatment of his chronic hepatitis C infection.

2. Plaintiff supports his claim with medical records and various documents that are attached to the Verified Complaint. He now moves for summary judgment on the claim with an additional Memorandum of Law, Statement of Material Facts, and Affidavits which prove (i) that he has a serious medical condition; (ii) that he has been recommended

2

treatment by his doctors; (iii) that Jurdak was aware of both his serious medical condition and of the substantial risk of personal injury if not treated; and (iv) that Jurdak acted with a deliberate indifference to his serious medical needs by failing to take reasonable measures to assist him to obtain the medications recommended by his doctors.

3. The facts aforementioned cannot be disputed by Jurdak, and Plaintiff believes that there is no genuine issue to be tried as to Count One of the verified Complaint, and that he is entitled to summary judgment as a matter of law.

WHEREFORE, Plaintiff requests that the Court enter summary judgment at its discretion.

Respectfully submitted,

Date: May 11, 2005

_Kerry M. Castello_
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

### CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 11th day of May, 2005.

_Kerry M. Castello_
Kerry M. Castello, Pro Se