UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS    FILED
                              OFFICE

KERRY M. CASTELLO          )
                           )
          Plaintiff,       )         C.A. NO. 05-10206-JLT
     v.                    )
                           )
SUSAN J. MARTIN, et al.,   )
                           )
          Defendants.      )

### MOTION FOR ENLARGEMENT OF TIME
### TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT
### FILED BY THE DEFENDANT SUSAN J. MARTIN

Plaintiff Kerry M. Castello moves this Court, pursuant to
Fed. R. Civ. P. 6(b), for an enlargement of time up until June
11, 2005, to respond to the Motion for Summary Judgment filed by
the Defendant Susan J. Martin. As reasons therefor, Plaintiff
states:

1. Plaintiff is a "Pro Se" prisoner serving his sentence at
   the Norfolk State Prison (MCI Norfolk). The law library
   at MCI Norfolk only has the capacity to hold twenty
   prisoners. There are an estimated fourteen hundred
   prisoners housed in the prison. As a result, Plaintiff's
   access to the law library is limited to a first come first
   serve basis, and he cannot draft legal documents at the
   speed of a professional  attorney.

2. The copy machine at MCI Norfolk is frequently out-of-service.
   Or, when the machine is running there are usually long lines
   of prisoners waiting to copy their documents. Plaintiff has
   to contend with both of these problems while litigating this
   action.

2

WHEREFORE, Plaintiff respectfully requests that his motion be allowed.

Respectfully submitted,

Date: May 11, 2005

Kerry M. Castello
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

### CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this _11th_ day of ___May_____, 2005

Kerry M. Castello
Kerry M. Castello, Pro Se