UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,         )
                           )
          Plaintiff,       )
                           )   C.A. NO. 05-10206-JLT
     v.                    )
                           )
SUSAN J. MARTIN, et al.,   )
                           )
          Defendants.      )

**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT
AGAINST THE DEFENDANT, SUSAN J. MARTIN, AS TO
COUNT ONE OF THE VERIFIED COMPLAINT**

Plaintiff Kerry M. Castello moves this Court, pursuant to Fed. R. Civ. P. 56, for summary judgment in his favor and against the Defendant Susan J. Martin as to Count One of the Verified Complaint, on the ground that there is no genuine issue as to any material fact, and that Plaintiff is entitled to summary judgment as a matter of law.

Plaintiff supports this motion with Affidavits, Memorandum of Law, and Statement of Material Facts in compliance with LR 56.1 of the United States District Court for the District of Massachusetts.

WHEREFORE, Plaintiff requests that the Court enter summary judgment at its discretion.

Respectfully submitted,

Date: May 18, 2005

Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

## CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 18th day of May, 2005.

_Kerry M. Castello_
Kerry M. Castello, Pro Se