UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,            )
                              )
            Plaintiff,        )   C.A. NO. 05-10206-JLT
      v.                      )
                              )
SUSAN J. MARTIN, et al.,      )
                              )
            Defendants.       )

### MOTION TO DEFER RULING ON DEFENDANT, SUSAN J. MARTIN'S, MOTION FOR SUMMARY JUDGMENT ONLY AS TO COUNT TWO OF THE VERIFIED COMPLAINT

Plaintiff Kerry M. Castello moves this Court, pursuant to Fed. R. Civ. P. 56(f), to defer ruling on the Defendant Susan J. Martin's Motion for Summary Judgment only as to Count Two of the Verified Complaint. As reasons therefor, Plaintiff states that he has not had any opportunity to conduct discovery in this action, and that if he is allowed to conduct a reasonable amount of discovery it will preclude summary judgment.

Accompanying this motion is Plaintiff's Rule 56(f) Affidavit providing (1) a description of the particular discovery he intends to seek; (2) an explanation showing how that discovery would preclude the entry of summary judgment; and (3) a statment justiying why the discovery has not been obtained.

WHEREFORE, Plaintiff requests that the Court defer ruling on Defendant Susuan J. Martin's Motion for Summary Judgment only as to Count Two of the Verified Complaint.

Respectfully submitted,

Date: May 18, 2005

Kerry M. Castello
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

## CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this __18th__ day of _____May_____, 2005.

_Kerry M. Castello_
Kerry M. Castello, Pro Se