UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KERRY M. CASTELLO,        )
                          )
          Plaintiff,      )      C.A. NO. 05-10206-JLT
    v.                    )
                          )
SUSAN J. MARTIN, et al.,  )
                          )
          Defendants.     )
```

### RULE 56(f) AFFIDAVIT
### IN SUPPORT OF MOTION TO DEFER RULING ON
### DEFENDANT, SUSAN J. MARTIN'S, MOTION FOR SUMMARY JUDGMENT
### ONLY AS TO COUNT TWO OF THE VERIFIED COMPLAINT

I, Kerry M. Castello, depose and state:

1. My name is Kerry M. Castello.

2. I filed my Verified Complaint in the Office Of The Clerk on February 1, 2005.

3. This Court allowed the Defendant Susan J. Martin an enlargement of time to file a responsive pleading, i.e, up until May 6, 2005.

4. Defendant Susan J. Martin has chosen to file a dispositive Motion for Summary Judgment.

5. I have had no opportunity to conduct any discovery whatsoever.

6. If I am allowed to conduct a reasonable amount of discovery, I am sure it will preclude any possibility of entry of summary judgment in favor of the Defendant Susan J. Martin.

7. I intend to seek discovery on the following:

   (i) copies of the contract or contracts between the Massachusetts Department of Correction and the State Office Of Pharmacy Services;

   (ii) Account statements and financial records with respect to hepatitis C pharmaceutical purchases for the past two to three years;

   (iii) staffing matrix on the hepatitis C committee;

   (iv) Defendant Susan J. Martin's curriculum;

  (v) infectious disease policies with respect to hepatitis C; and

 (vi) interrogatories.

8. The discovery mentioned above will provide me with the the evidence to support my claim in Count Two of the Verified Complaint.

I DECLARE AND VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 18th DAY OF _____May_____, 2005.

              Kerry M. Castello, Pro Se
              P.O. Box 43
              Norfolk, MA 02056

### CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above doument was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 18th day of _____May_____, 2005.

              Kerry M. Castello, Pro Se

2