UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY M. CASTELLO,<br>    Plaintiff,<br><br>V.<br><br>SUSAN J. MARTIN, in her individual and official capacity as Director of the Department of Correction, Health Services Division; AARON LAZARE, M.D., in his individual and official capacity as Chancellor and Dean of the University of Massachusetts Medical School; ARTHUR BREWER, M.D., in his individual and official capacity as Director of the UMass Correctional Health Program; DONNA JURDAK, R.N., in her individual and official capacity as Health Services Administrator at the Massachusetts Correctional Institution Norfolk,<br>    Defendants. | CIVIL ACTION NO.: 05-10206-JLT |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as attorney for the defendants, Donna Jurdak, R.N., Aaron Lazare, M.D., and Arthur Brewer, M.D., in the above-captioned matter.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 1st day of June, 2005

/s/ Lisa R. Wichter
_____
Lisa R. Wichter

The Defendants,
AARON LAZAR, M.D., ARTHUR BREWER, M.D.
& DONNA JURDAK, R.N.
By their attorneys,

/s/ Lisa R. Wichter
_____
Lisa R. Wichter, BBO #661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1145114v1