UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY M. CASTELLO,<br>    Plaintiff,<br><br>V.<br><br>SUSAN J. MARTIN, in her individual<br>and official capacity as Director of the<br>Department of Correction, Health Services<br>Division; AARON LAZARE, M.D., in<br>his individual and official capacity as<br>Chancellor and Dean of the University of<br>Massachusetts Medical School; ARTHUR<br>BREWER, M.D., in his individual and official<br>capacity as Director of the UMass Correctional<br>Health Program; DONNA JURDAK, R.N.,<br>in her individual and official capacity as<br>Health Services Administrator at the<br>Massachusetts Correctional Institution Norfolk,<br>    Defendants. | CIVIL ACTION NO.: 05-10206-JLT |

**MOTION OF THE DEFENDANTS, DONNA JURDAK, R.N., AARON
LAZARE, M.D., AND ARTHUR BREWER, M.D., FOR ENLARGEMENT
OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

    NOW COME the Defendants, Donna Jurdak, R.N., Aaron Lazare, M.D., and Arthur Brewer, M.D., and hereby move this Honorable Court to grant a brief extension of time, up to and including **June, 15, 2005**, to respond to *Plaintiff's Motion for Summary Judgment.* Pursuant to Mass. R. Civ. P. 10(c), the defendants incorporate, by reference, the Affidavit of James A. Bello, Esq., attached hereto.

    As grounds for this Motion, the defendants state that they have been diligently preparing a Cross-Motion for Summary Judgment, and expected to file it with the Court on or before June 15, 2005. A review of the online docket in this matter reveals that the pro se plaintiff also recently filed a Motion for Extension of Time to Respond/Reply with the Court on May 12, 2005, in response to co-defendant Susan Martin's Motion for Summary Judgment. Given the

965963v1

plaintiff's own need for such an extension, he can understand the defendant's similar need for additional time.

Moreover, while plaintiff filed his Motion for Summary Judgment against the defendants, just a short three (3) weeks ago, on May 12, 2005, the defendants need additional time to speak with and obtain the affidavit of defendant Arthur Brewer, M.D., in order to adequately investigate and respond to plaintiff Castello's claims. Dr. Brewer is the Program Director for UMASS Correctional Health. Due to his various responsibilities and his hectic schedule, Dr. Brewer needs additional time to investigate Mr. Castello's allegations. Consequently, the defendants request a brief extension of time to obtain this affidavit, prior to filing a Cross-Motion for Summary Judgment and supporting papers.

Finally, the plaintiff will not be prejudiced by this short delay, while the Court will, in fact, benefit from allowing the defendants the opportunity to thoroughly address plaintiff's assertions in their Cross-Motion for Summary Judgment.

**WHEREFORE**, the Defendants, Donna Jurdak, R.N., Aaron Lazare, M.D., and Arthur Brewer, M.D., hereby request that their Emergency Motion for an Extension of Time be **ALLOWED**, and that the time for filing a Cross-Motion to *Plaintiff's Motion for Summary Judgment* be extended up to and including **June 15, 2005**.

Respectfully submitted,
The Defendants,
AARON LAZAR, M.D., ARTHUR BREWER, M.D.
& DONNA JURDAK, R.N.
By their attorneys,

/s/ Lisa R. Wichter
_____
James A. Bello, BBO #633550
Lisa R. Wichter, BBO #661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 1st day of June, 2005

/s/ Lisa R. Wichter
_____
Lisa R. Wichter

965963v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY M. CASTELLO,<br>    Plaintiff,<br><br>V.<br><br>SUSAN J. MARTIN, in her individual<br>and official capacity as Director of the<br>Department of Correction, Health Services<br>Division; AARON LAZARE, M.D., in<br>his individual and official capacity as<br>Chancellor and Dean of the University of<br>Massachusetts Medical School; ARTHUR<br>BREWER, M.D., in his individual and official<br>capacity as Director of the UMass Correctional<br>Health Program; DONNA JURDAK, R.N.,<br>in her individual and official capacity as<br>Health Services Administrator at the<br>Massachusetts Correctional Institution Norfolk,<br>    Defendants. | CIVIL ACTION NO.: 05-10206-JLT |

### AFFIDAVIT OF JAMES A. BELLO, ESQ.

I, James A. Bello, hereby under oath depose and state the following is true to the best of my knowledge:

1. I am an attorney with Morrison Mahoney LLP, and am counsel of record for the Defendants, Donna Jurdak, R.N., Aaron Lazare, M.D., and Arthur Brewer, M.D., in the above-entitled action.

2. I have been diligently preparing a Cross-Motion for Summary Judgment, on behalf of the Defendants, and expect to file it on or before June 15, 2005.

3. A routine review of the online docket report in this matter, prior to filing the Cross-Motion for Summary Judgment, revealed that the pro se plaintiff recently filed a document entitled "*Motion to Extension of Time to June 11, 2005 to File Response/Reply as to Susan J. Martin's Motion for Summary Judgment,*" on May 12, 2005.

4. After notifying Dr. Arthur Brewer of plaintiff's claims and of defense counsel's intention to file a Cross-Motion for Summary Judgment, Dr. Brewer responded that he needed time to review the plaintiff's records and investigate his claims.

5. Dr. Brewer is the Program Director for UMASS Correctional Health ("UMCH"), and is responsible for overseeing and investigating all medical claims against UMCH and its employees, including its doctors and nurses.

6. A brief (2 week) extension of time will be required for Dr. Brewer to thoroughly investigate Mr. Castello's claims and review his medical records. This brief extension is also necessary for defense counsel to adequately address any potential issues raised by Dr. Brewer's investigation, in defendants' Cross Motion for Summary Judgment.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1ST DAY OF JUNE, 2005.

*James A. Bello*
James A. Bello, BBO #633550