```
                    UNITED STATES DISTRICT COURT

                             FOR THE

                     DISTRICT OF MASSACHUSETTS

KERRY CASTELLO,                         C.A. No. 05-10206-JLT

     Plaintiff,

     v.

SUSAN J. MARTIN, et al.,

     Defendants.
```

### MOTION TO ENLARGE OF DEFENDANT SUSAN MARTIN

Defendant Susan Martin moves for an enlargement of time through July 15, 2005 within which to respond to plaintiff's cross-motion for summary judgment. As reason therefor, counsel for defendants states that the medical defendants in this case, represented by separate counsel, have moved for an enlargement of time to respond to plaintiff's motion for summary judgment as well as to file a cross-motion for summary judgment. Because defendant Martin, who is not a medical defendant in the case, will be relying on the factual assertions and legal arguments of the medical defendants, in the interest of efficiency it makes sense for defendant Martin to file her opposition after the medical defendants' papers are filed. Moreover, counsel for defendant Martin anticipates being on vacation during the last part of June and the early part of July. Therefore, additional time is needed to prepare an appropriate response.

2

                      Respectfully submitted,

                      NANCY ANKERS WHITE
                      Special Assistant Attorney General

Dated:   June 1, 2005      /s/ Stephen G. Dietrick_____
                      Stephen G. Dietrick
                      Deputy General Counsel
                      Legal Division
                      Department of Correction
                      70 Franklin Street, Suite 600
                      Boston, MA  02110-1300
                      Tel. (617) 727-3300 Ext. 116
                      B.B.O. #123980

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon (each party appearing *pro se* and) the attorney of record for each (other) party by mail on this 1st day of June, 2005.

/s/_Stephen G. Dietrick_____
Stephen G. Dietrick
Deputy General Counsel