UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KERRY M. CASTELLO,            )
                              )
           Plaintiff,         )     C.A. NO. 05-10206-JLT
     v.                       )
                              )
SUSAN J. MARTIN, et al.,      )
                              )
           Defendants.        )
```

**PLAINTIFF'S OPPOSITION TO THE MOTION TO ENLARGE
FILED BY THE DEFENDANT SUSAN J. MARTIN**

Plaintiff Kerry M. Castello hereby submits his opposition to the Motion to Enlarge filed by the Defendant Susan J. Martin ("Martin"). The motion is outrageous and prejudicial to Plaintiff. Martin is asking this Court for an enlargement of time through July 15, 2005 within which to respond to Plaintiff's Cross Motion for Partial Summary Judgment, giving as reason that she is relying on the arguments of the contractual medical defendants. However, contracting out prison medical care does not relieve the state of its constitutional duty to provide adequate medical treatment to those in its custody. See West v. Atkins, 487 U.S. 42, 56 (1988). Martin has failed to raise a legitimate reason for such a lengthy enlargement of time. And it is enough to say that counsel's desire to go on vacation at the end of June should not even be considered a valid reason to allow such a motion.

But most importantly, Plaintiff must point out that the contractual medical defendants in this action have also moved for a reasonable enlargement of time up to and including June 15, 2005 to respond to Plaintiff's Motion for Partial Summary Judgment. It is Plaintiff's contention that Martin's attempt to enlarge the time

for responding soley to conform her argument with the arguments of the contractual medical defendants is clearly prejudicial to Plaintiff. Moreover, LR 7.1(B)(2) provides that an opposition to a motion shall be filed "within fourteen (14) days after service of the motion." Plaintiff's Cross Motion for Partial Summary Judgment was served on May 18, 2005. Martin has already had nineteen days to respond. If Martin actually requires additional time to respond, then it would be reasonable and sufficient to allow her up until June 15, 2005.

## CONCLUSION

For the foregoing reasons, Plaintiff requests that the Motion to Enlarge be denied. Or, in the alternative, allow Martin an enlargement of time up until June 15, 2005.

Respectfully submitted,

Date: June 6, 2005

Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

## CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 6th day of June, 2005.

Kerry M. Castello, Pro Se

2