Kerry M. Castello
P.O. Box 43
Norfolk, MA 02056

OFFICE

June 21, 2005

United States District Court
Office Of The Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Castello v. Martin, et al.    C.A. No. 05-10206-JLT

Dear Sir or Madam:

    Three of the defendants in the above entitled action had
a filing deadline to respond to my Motions for Summary Judgment,
i.e., up to and including June 15, 2005.  I have not received
copies of the required responses, if any.  Therefore, it is
necessary for me to check the record.

    I am requesting a copy of the last page of the docket
entry.  Please be aware that I do not have access to the
electronic filing system.  I cannot verify specific filing
dates unless you forward me the docket entry.

    Thank you for your attention to this matter.

                                Very truly yours,

                                Kerry M. Castello
                                Kerry M. Castello

CC: File