UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10206-JLT

| | |
|---|---|
| KERRY M. CASTELLO,<br>    Plaintiff, | )<br>)<br>) |
| V. | )<br>) |
| SUSAN J. MARTIN, in her individual<br>and official capacity as Director of the<br>Department of Correction, Health Services<br>Division; AARON LAZARE, M.D., in<br>his individual and official capacity as<br>Chancellor and Dean of the University of<br>Massachusetts Medical School; ARTHUR<br>BREWER, M.D., in his individual and official<br>capacity as Director of the UMass correctional<br>Health Program; DONNA JURDAK, R.N.,<br>in her individual and official capacity as<br>Health Services Administrator at the Massachusetts<br>Correctional Institution Norfolk;<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS, DONNA JURDAK, R.N., ARTHUR
BREWER, M.D., AND AARON LAZARE, M.D.'S,
<u>OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT</u>**

The defendants, *Donna Jurdak, R.N., Arthur Brewer, M.D., and Aaron Lazare, M.D.*, by counsel, move this Honorable Court, pursuant to Mass. R. Civ. P. 56, for summary judgment in their favor, and against the plaintiff on all claims. As grounds therefor, the defendants direct the Court to the accompanying Memorandum of Law and state the following:

    1.    This is a civil rights claim by a *pro se* inmate, alleging violations of his statutory and Eighth Amendment rights.

    2.    In the face of the medical records, plaintiff has not and cannot demonstrate that the defendants violated the Americans with Disabilities Act by discriminating against him

965506v1

because the defendants did not exclude Mr. Castello from the Hepatitis C combination therapy list.

3.  In the face of the medical records, the plaintiff has not and cannot demonstrate that, under the Eighth Amendment, defendant was deliberately indifferent to his medical needs.

**WHEREFORE**, the defendants, Donna Jurdak, R.N., Arthur Brewer, M.D., and Aaron Lazare, M.D., respectfully request that this Honorable Court allow their Cross Motion for Summary Judgment.

|  |  |
|---|---|
| | Respectfully Submitted,<br>The Defendants,<br>AARON LAZARE, M.D., ARTHUR BREWER, M.D.<br>& DONNA JURDAK, R.N.<br>By their attorneys, |
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 30th day of June, 2005. | /s/ **James A. Bello** |
| /s/ James A. Bello | James A. Bello, BBO #633550<br>Lisa R. Wichter, BBO #661006<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |
| James A. Bello / Lisa R. Wichter | |

965506v1