UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10206-JLT

```
_____
KERRY M. CASTELLO,                  )
     Plaintiff,                     )
                                    )
V.                                  )
                                    )
SUSAN J. MARTIN, in her individual  )
and official capacity as Director of the )
Department of Correction, Health Services )
Division; AARON LAZARE, M.D., in    )
his individual and official capacity as )
Chancellor and Dean of the University of )
Massachusetts Medical School; ARTHUR )
BREWER, M.D., in his individual and official )
capacity as Director of the UMass correctional )
Health Program; DONNA JURDAK, R.N., )
in her individual and official capacity as )
Health Services Administrator at the Massachusetts )
Correctional Institution Norfolk;   )
     Defendants.                    )
                                    )
_____)
```

**DEFENDANTS, DONNA JURDAK, R.N., ARTHUR BREWER, M.D.,
AND AARON LAZARE, M.D.'S, STATEMENT OF
UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**

The defendants, *Arthur Brewer, M.D., Aaron Lazare, M.D. and Donna Jurdak, R.N.*, submit the following statement of undisputed material facts, pursuant to Superior Court Rule 9(A)(b)(5), in support of their Motion for Summary Judgment. No genuine issues of material fact exist which would prevent this Court from granting summary judgment for the defendants at this time.

1.	The pro se plaintiff, Kerry M. Castello, is incarcerated at the MCI-Norfolk prison facility, under the jurisdiction of the Massachusetts Department of Correction ("MDOC"). (Exhibit 1 attached, Complaint, ¶5).

2.	On May 12, 2005, the plaintiff filed a Motion for Summary Judgment against the above-named defendants.

3.	The defendants are employees of UMASS Correctional Health ("UMCH"). Specifically, Dr. Brewer is the Program Medical Director, Dr. Lazare is Chancellor of UMASS Medical School, and Ms. Jurdak works as a registered nurse at the Norfolk, Massachusetts prison facility.  (Exhibit 8 attached, Affidavit of Arthur Brewer, M.D., ¶¶2-5).

4.	Mr. Castello tested positive for Hepatitis C on October 26, 2001.  (Exhibit 1, ¶15; Exhibit 3 attached, UMCH medical records).  The initial test results revealed that plaintiff's AST and ALT levels (both indicators of Hepatitis C progression) were stable and within the normal range between 10-40 u/L.  (Exhibit 3; Exhibit 4 attached, lab reports).

5.	From October 2001 through the present, the defendants regularly tested Mr. Castello's AST and ALT levels every six (6) months, and monitored the progression of his Hepatitis C.  (Exhibit 4).  These test results were all within the normal range, between 10 and 40 u/L.  (Exhibit 3; Exhibit 4).

6.	To ensure that the plaintiff understood the progression of Hepatitis C, on July 31, 2002, UMCH Hepatitis C educator, Verdene Colman-Smith, met with Mr. Castello and discussed how to assess the status of the disease.  (Exhibit 3).

7.	On June 6, 2003, liver biopsy results confirmed the lab report results, and indicated that Mr. Castello did not have inflammatory cell infiltrate and that he showed no signs of fibrosis – two indicators of advanced Hepatitis C.  Specifically, the plaintiff's Knodell HAI

965512v1

score read 2/22, indicating mild inflammation, and 0/4, indicating no evidence of scarring. (Exhibit 4).

8. In July of 2003, Raymond Koff, M.D., in an unsolicited letter, recommended that the plaintiff receive immediate drug therapy for his Hepatitis C, despite the fact that the disease had not reached an advanced stage. (Exhibit 6 attached, letter from Dr. Koff to the plaintiff). Dr. Koff is an employee of Roche Laboratories, the manufacturer of the antiviral drugs used to treat Hepatitis C. (Exhibit 6).

9. On October 15, 2003, the Lemuel Shattuck Hospital ("LSH") reviewed Mr. Castello's June 6th biopsy, HCV RNA, and LFT levels, and recommended observation of the plaintiff's HCV RNA. (Exhibit 5 attached, outside medical records). The LSH recommended repeating the liver biopsy in one to two years, and suggested that the plaintiff should be considered for the Peg Intron/Rebetron therapy in the near future. (Exhibit 5).

10. Consequently, on October 25, 2003, the defendants registered the plaintiff on the combination therapy list, according to the UMCH patient selection criteria. (Exhibit 7 attached, UMCH patient selection criteria; Exhibit 8, ¶18).

11. While there are many patients with Hepatitis C currently awaiting treatment on the UMCH combination therapy list, due to the Massachusetts Department of Correction's finite resources, combination therapy is offered first to inmates with the greatest medical need. (Exhibit 7; Exhibit 8, ¶20).

12. Treatment decisions regarding Hepatitis C combination therapy are made by Dr. Arthur Brewer and the UMCH Hepatitis C Committee, not by Dr. Lazare or Nurse Jurdak. (Exhibit 8, ¶¶4-5).

## CONCLUSION

Based on the foregoing, there are no material facts in dispute in this case with respect to defendants, *Arthur Brewer, M.D., Donna Jurdak, R.N., and Aaron Lazare, M.D.*, and, therefore, these defendants are entitled to judgment as a matter of law on all claims brought by the plaintiff.

Respectfully Submitted,
The Defendants,
AARON LAZARE, M.D., ARTHUR BREWER, M.D.
& DONNA JURDAK, R.N.
By their attorneys,

/s/ **James A. Bello**

James A. Bello, BBO #633550
Lisa R. Wichter, BBO #661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 30th day of June, 2005.

/s/ James A. Bello

James A. Bello / Lisa R. Wichter

965512v1