UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,          )
                            )
            Plaintiff,      )     C.A. NO. 05-10206-JLT
      v.                    )
                            )
SUSAN J. MARTIN, et al.,    )
                            )
            Defendants.     )

**MOTION TO STRIKE UNTIMELY FILED MEMORANDUM, OPPOSITION,
AND CROSS MOTION FOR SUMMARY JUDGMENT BY THE DEFENDANTS,
AARON LAZARE, M.D., ARTHUR BREWER, M.D., AND DONNA JURDAK, R.N.**

Plaintiff Kerry M. Castello moves to strike the defendants' untimely filed Memorandum, Opposition, and Cross Motion for Summary Judgment. As grounds therefor, Plaintiff states that he filed his Motions for Summary Judgment against the above named defendants on May 12, 2005. The defendants moved the Court for an enlargement of time to respond, and the Court granted said motion setting a "date certain" for the defendants to file their response, i.e., up to and including June 15, 2005 (see attached Exhibit A, p. 6). The defendants, however, ignored the Court's filing deadline and they are now attempting to late file the documents aforementioned without the Court's permission as required by Fed. R. Civ. P. 6(b). Moreover, the defendants documents are advanced pursuant to the Massachusetts Rules of Civil Procedure—rules of which are not applicable to this action. Plaintiff objects on various grounds recited in his accompanying Memorandum, and it is his contention that the defendants have submitted their documents in bad faith for the purpose of delaying judgment.

WHEREFORE, Plaintiff requests that his motion be allowed.

Respectfully submitted,

Date: July 6, 2005

_Kerry M. Castello_
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

### CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 6TH day of July, 2005.

_Kerry M. Castello_
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

2

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10206-JLT

Castello v. Martin et al  
Assigned to: Judge Joseph L. Tauro  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/07/2005  
Jury Demand: Defendant  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

Kerry M. Castello

represented by **Kerry M. Castello**  
MCI Norfolk  
P.O. Box 43  
Norfolk, MA 02056  
PRO SE

V.

**Defendant**

**RN Susan J Martin**  
*in her individual and official capacity as Director of the Department of Corrections Health Services Division*

represented by **Stephen G. Dietrick**  
MA Department of Correction  
70 Franklin Street  
Suite 600  
Boston, MA 02110  
617-727-3300  
Fax: 617-727-7403  
Email: sgdietrick@doc.state.ma.us  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Aaron Lazare**  
*in his individaul and official capacity as Chencellor and Dean of the University of Massachusetts Medical School*

represented by **James A. Bello**  
Morrison, Mahoney LLP  
250 Summer Street  
Boston, MA 02210  
617-737-8803  
Fax: 617-342-4968  
Email: jbello@morrisonmahoney.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**  
Morrison Mahoney LLP  
250 Summer Street  
Boston, MA 02210  
617-737-8855

Fax: 617-342-4818
Email: lwichter@morrisonmahoney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. Arthur Brewer**
*in his idividual and official capacity as Director of the UMass Correctional Health Program*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**R.N. Donna Jurdack**
*in her idividual and official capactity as Health Services Administrator at the Massachusetts COrrectional Institution Norfolk*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Kerry M. Castello.(Jenness, Susan) (Entered: 02/09/2005) |
| 02/01/2005 | 2 | AFFIDAVIT in Support re 1 MOTION for Leave to Proceed in forma pauperis. (Jenness, Susan) (Entered: 02/09/2005) |
| 02/01/2005 | 3 | STATEMENT of Prisoner Account re 1 MOTION for Leave to Proceed in forma pauperis. (Jenness, Susan) (Entered: 02/09/2005) |
| 02/01/2005 | 4 | COMPLAINT against Susan J Martin, Aaron Lazare, Arthur Brewer, Donna Jurdack , filed by Kerry M. Castello.(Jenness, Susan) (Entered: 02/09/2005) |
| 02/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge New Magistrate Judge. (Jenness, Susan) (Entered: 02/09/2005) |
| 02/15/2005 | 5 | Judge Joseph L. Tauro : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. It is Ordered that the Clerk issue summonses and the United States Marshal shall serve a copy of the complaint, summons, and this order as directed by the plaintiff with all costs of service to be advanced by the United States. (Greenberg, Rebecca) (Entered: 02/16/2005) |

| | | |
|---|---|---|
| 02/15/2005 | 6 | NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at MCI Norfolk (Greenberg, Rebecca) (Entered: 02/16/2005) |
| 02/16/2005 |  | Summons Issued as to Susan J Martin, Aaron Lazare, Arthur Brewer, Donna Jurdack. (Greenberg, Rebecca) (Entered: 02/16/2005) |
| 02/23/2005 | 7 | DEMAND for Trial by Jury per Letter by Kerry M. Castello. (Abaid, Kim) (Entered: 02/24/2005) |
| 03/03/2005 | 8 | US Marshal Process Receipt and Return for Susan J. Martin served Delivered on February 25, 2005 (Abaid, Kim) (Entered: 03/07/2005) |
| 03/09/2005 | 9 | US Marshal Process Receipt and Return for Summons and Complaint. Aaron Lazare, M.D. served Delivered on March 2, 2005 .(Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 10 | US Marshal Process Receipt and Return for Summons and Complaint. Arthur Brewer, M.D. served Delivered on March 2, 2005 .(Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 11 | US Marshal Process Receipt and Return for Summons and Complaint by Certified Mail. Donna Jurdak served Delivered on March 2, 2005 .(Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 12 | US Marshal Process Receipt and Return for Summons and Co mplaint by Certified Mail to the Attorney General's Office.. Arthur Brewer, M.D. served Delivered on March 2, 2005. (Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 13 | US Marshal Process Receipt and Return for Summons and Complaint by Certified Mail to Attorney General's Office. Aaron Lazare, M.D. served Delivered on March 2, 2005. (Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 14 | US Marshal Process Receipt and Return for Summons and Complaint by Certified Mail to the Attorney General's Office. Susan J. Martin served Delivered on March 2, 2005. (Abaid, Kim) (Entered: 03/14/2005) |
| 03/16/2005 | 21 | US Marshal Process Receipt and Return for Summons and Complaint. Donna Jurdak served Delivered on March 15, 2005. (Abaid, Kim) (Entered: 03/21/2005) |
| 03/18/2005 | 15 | ANSWER to Complaint by Donna Jurdack.(Bello, James) (Entered: 03/18/2005) |
| 03/18/2005 | 16 | DEMAND for Trial by Jury by Donna Jurdack. (Bello, James) (Entered: 03/18/2005) |
| 03/18/2005 | 17 | ANSWER to Complaint with Jury Demand by Aaron Lazare.(Bello, James) (Entered: 03/18/2005) |
| 03/18/2005 | 18 | DEMAND for Trial by Jury by Aaron Lazare. (Bello, James) (Entered: 03/18/2005) |
| 03/18/2005 | 19 | ANSWER to Complaint by Arthur Brewer.(Bello, James) (Entered: 03/18/2005) |

| | | |
|---|---|---|
| 03/18/2005 | 20 | DEMAND for Trial by Jury by Arthur Brewer. (Bello, James) (Entered: 03/18/2005) |
| 03/28/2005 | 22 | NOTICE of Appearance by Stephen G. Dietrick on behalf of Susan J Martin (Dietrick, Stephen) (Entered: 03/28/2005) |
| 03/28/2005 | 23 | MOTION for exemption from LR7.1 by Susan J Martin.(Dietrick, Stephen) (Entered: 03/28/2005) |
| 03/28/2005 | 24 | MOTION for Extension of Time to 05/6/2005 to respond to plaintiff's Verified Comlaint by Susan J Martin.(Dietrick, Stephen) (Entered: 03/28/2005) |
| 03/31/2005 | 25 | AFFIDAVIT OF SERVICE Executed by Kerry M. Castello. Acknowledgement filed by Kerry M. Castello. Service of Summons and Complaint made on Kathleen Dennehey on March 22, 2005. (Abaid, Kim) (Entered: 03/31/2005) |
| 03/31/2005 | 26 | AFFIDAVIT OF SERVICE Executed by Kerry M. Castello. Acknowledgement filed by Kerry M. Castello. Summons and Complaint served on Attorney General Thomas Reilly on March 22, 2005. (Abaid, Kim) (Entered: 03/31/2005) |
| 04/07/2005 | 27 | MOTION for Court Order Exempting Plaintiff from Motion Conferences Under LR 7.1(A)(2) by Kerry M. Castello.(Abaid, Kim) (Entered: 04/08/2005) |
| 04/07/2005 | 28 | CERTIFICATE OF CONSULTATION - Affidavit in Compliance with LR 7.1(A)(2) by Kerry M. Castello. (Abaid, Kim) (Entered: 04/08/2005) |
| 04/20/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 27 Motion for Order Exempting Plaintiff from Motion Conferences Under LR 7.1(A)(2). (Abaid, Kim) (Entered: 04/21/2005) |
| 05/06/2005 | 29 | MOTION for Summary Judgment by Susan J Martin.(Dietrick, Stephen) (Entered: 05/06/2005) |
| 05/06/2005 | 30 | MEMORANDUM in Support re 29 MOTION for Summary Judgment filed by Susan J Martin. (Attachments: # 1 Affidavit)(Dietrick, Stephen) (Entered: 05/06/2005) |
| 05/09/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 23 Motion for Exemption from L.R. 7.1 Requiring Motion Conference, granting 24 Motion for Extension of Time (Abaid, Kim) Modified on 5/11/2005 (Abaid, Kim). (Entered: 05/10/2005) |
| 05/12/2005 | 31 | NOTICE of Motion for Summary Judgment Against the Defendant Arthur Brewer, MD as to Count 1 by Kerry M. Castello. (Abaid, Kim) Modified on 5/17/2005 (Abaid, Kim). (Entered: 05/16/2005) |
| 05/12/2005 | 32 | MOTION for Summary Judgment Against the Defendant Arthur Brewer, M.D. as to Count 1 by Kerry M. Castello.(Abaid, Kim) (Entered: 05/16/2005) |

| 05/12/2005 | 33 | MEMORANDUM in Support re 32 MOTION for Summary Judgment Against the Defendant Arthur Brewer, MD filed by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
|---|---|---|
| 05/12/2005 | 34 | STATEMENT of Material Facts in support of 32 Motion for Summary Judgment Against the Defendant Arthur Brewer, MD by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 35 | AFFIDAVIT in Support of 32 Motion for Summary Judgment Against Defendant Arthur Brewer MD by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 36 | SECOND AFFIDAVIT in Support of 32 Motion for Summary Judgment Against the Defendant Arthur Brewer, MD by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 37 | NOTICE of Motion for Summary Judgment Against the Defendant, Aaron Lazare, MD as to Count 1 by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 38 | MOTION for Summary Judgment Against the Defendant Aaron Lazare, MD as to Count 1 by Kerry M. Castello.(Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 39 | MEMORANDUM in Support re 38 MOTION for Summary Judgment Against the Defendant Aaron Lazare, MD filed by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 40 | STATEMENT of Material Facts in Support of 38 Motion for Summary Judgment Against the Defendant Aaron Lazare MD by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 41 | AFFIDAVIT in Support of 38 Motion for Summary Judgment Against Defendant Aaron Lazare, MD as to Count 1 by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 42 | SECOND AFFIDAVIT in Support of Motion for Summary Judgment Against the Defendant Aaron Lazare, MD as to Count 1 by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 43 | NOTICE of Motion for Summary Judgment Against the Defendant Donna Jurdak, RN as to Count 1 by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 44 | MOTION for Summary Judgment Against the Defendant Donna Jurdak RN as to Count 1 by Kerry M. Castello.(Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 45 | MEMORANDUM in Support re 44 MOTION for Summary Judgment Against Defendant Donna Jurdak RN filed by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 46 | STATEMENT of Material Facts in Support of 44 Motion for Summary Judgment Against the Defendant Donna Jurdak RN as to Count 1 by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |

| 05/12/2005 | ●47 | AFFIDAVIT in Support of 44 Motion for Summary Judgment Against the Defendant Donna Jurdak RN by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
|---|---|---|
| 05/12/2005 | ●48 | SECOND AFFIDAVIT in Support of 44 Motion for Summary Judgment Against the Defendant Donna Jurdak RN as to Count 1 by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | ●49 | MOTION for Extension of Time to June 11, 2005 to File Response/Reply as to 29 MOTION for Summary Judgment by Kerry M. Castello.(Abaid, Kim) (Entered: 05/16/2005) |
| 05/19/2005 | ●50 | MEMORANDUM in Opposition re 29 MOTION for Summary Judgment filed by Kerry M. Castello. (Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | ●51 | STATEMENT of Material Facts in Support of 50 Memorandum in Opposition to Motion for Summary Judgment. (Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | ●52 | Cross MOTION for Summary Judgment Against the Defendant Susan J. Martin, as to Count One of the Complaint by Kerry M. Castello.(Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | ●53 | RULE 56(e) AFFIDAVIT in Support of 50 Memorandum in Opposition to Motion for Summary Judgment by Kerry M. Castello. (Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | ●54 | SECOND RULE 56(e) AFFIDAVIT by Kerry M. Castello. (Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | ●55 | MOTION to Defer Ruling by Kerry M. Castello.(Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | ●56 | AFFIDAVIT in Support re 55 MOTION to Defer Ruling. (Abaid, Kim) (Entered: 05/20/2005) |
| 06/01/2005 | ●57 | NOTICE of Appearance by James A. Bello on behalf of Aaron Lazare, Arthur Brewer, Donna Jurdack (Bello, James) (Entered: 06/01/2005) |
| 06/01/2005 | ●58 | NOTICE of Appearance by Lisa R. Wichter on behalf of Aaron Lazare, Arthur Brewer, Donna Jurdack (Wichter, Lisa) (Entered: 06/01/2005) |
| 06/01/2005 | ●59 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Judgment* by Aaron Lazare, Arthur Brewer, Donna Jurdack. (Attachments: # 1 Affidavit of James A. Bello)(Wichter, Lisa) (Entered: 06/01/2005) |
| 06/01/2005 | ●60 | MOTION for Extension of Time to 07/15/05 by Susan J Martin.(Dietrick, Stephen) (Entered: 06/01/2005) |
| 06/06/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 60 Motion for Extension of Time (Abaid, Kim) (Entered: 06/06/2005) |
| 06/06/2005 | ● | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Extension of Time to File (Abaid, Kim) (Entered: 06/06/2005) |

| 06/07/2005 | 61 | Opposition re 60 MOTION for Extension of Time to 07/15/05 filed by Kerry M. Castello. (Abaid, Kim) (Entered: 06/09/2005) |
|---|---|---|
| 06/22/2005 | 62 | Letter requesting docket from Kerry M. Castello. (Abaid, Kim) (Entered: 06/22/2005) |