UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

KERRY CASTELLO,                           C.A. No. 05-10206-JLT

    Plaintiff,

    v.

SUSAN MARTIN, et al.,

    Defendants.

## MOTION TO ENLARGE

Defendant Susan Martin requests a further enlargement of time through August 13, 2005 within which to oppose plaintiff's motion for summary judgment. As reason therefor, counsel for defendant states that in light of numerous other competing demands, as well as the fact that counsel will be out-of-state through July 25, 2005, additional time is needed to respond to plaintiff's motion. Defendant notes that plaintiff has moved to strike the motion/opposition of medical defendants, from which defendant Martin's opposition will derive.

                    Respectfully submitted,

                    NANCY ANKERS WHITE
                    Special Assistant Attorney General

Dated:    July 13, 2005          /s/ Stephen G. Dietrick_____
                    Stephen G. Dietrick
                    Deputy General Counsel
                    Legal Division
                    Department of Correction
                    70 Franklin Street, Suite 600
                    Boston, MA  02110-1300
                    Tel. (617) 727-3300 Ext. 116
                    B.B.O. #123980

**CERTIFICATE OF SERVICE**

    I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 13th day of July, 2005, I served a copy of the foregoing on plaintiff Kerry Castello, by first class mail, postage prepaid to him at his address:  P.O. Box 43, Norfolk, MA  02056 and James Bello, Esq., Morrison Mahoney, 250 Summer Street, Boston, MA  02110

Dated:    July 13, 2005          /s/ Stephen G. Dietrick\_\_\_\_\_
                    Stephen G. Dietrick
                    Deputy General Counsel