UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,               )
                                 )
            Plaintiff,           )   C.A. NO. 05-10206-JLT
     v.                          )
                                 )
SUSAN J. MARTIN, et al.,         )
                                 )
            Defendants.          )

OPPOSITION TO THE MOTION TO ENLARGE
BY THE DEFENDANT SUSAN J. MARTIN

Plaintiff Kerry M. Castello hereby opposes the Motion to Enlarge filed by the Defendant Susan J. Martin ("Martin"). Plaintiff must point out that the Court previously granted Martin an enlargement of time up to July 15, 2005 within which to respond to Plaintiff's Cross Motion for Summary Judgment (noting as reason counsel's desire to go on vacation). Martin now seeks a second enlargement of time because counsel is busy or that he will be out-of-state for several days. These are excuses rather than legitimate reasons for an enlargement. The Appeals Court for the First Circuit has clearly stated that attorneys "must organize their work so as to be able to meet the time requirements of matters they handling or suffer the consequences." Mendez v. Banco Popular De Puerto Rico, 900 F.2d 4, 7, (1st Cir. 1990), quoting Pinero Schroeder v. Federal Nat'l Mortgage Ass'n, 574 F2d 1117, 1118 (1st Cir. 1978).

More importantly, Martin notes in her motion that Plaintiff has moved to strike documents filed by the other medical defendants and that her opposition will derive from their documents. Martin has an obligation to present a legitimate argument to the Court when seeking relief from a court appointed

deadline. See <u>Velez</u> v. <u>Awning Windows, Inc.</u>, 375 F.3d 35, 41 (1st Cir. 2004). It is not the Court's "obligation to play nursemaid to indifferent parties," especially in this circumstance where it would result in prejudice to Plaintiff. <u>Mendez</u> v. <u>Banco Popular De Puerto Rico</u>, <u>supra</u>, at 8, quoting <u>Robal Pinto</u> v. <u>Universidad De Puerto Rico</u>, 895 F.2d 18, 19 (1st Cir. 1990).

## CONCLUSION

In light of the foregoing, Plaintiff requests that the Motion to Enlarge filed by the Defendant Susan J. Martin be denied.

Respectfully submitted,

Date: July 16, 2005

*Kerry M. Castello*
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056


## CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 16th day of July, 2005.

*Kerry M. Castello*
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

2