UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,            )
                             )
            Plaintiff,       )        C.A. NO. 05-10206-JLT
    v.                       )
                             )
SUSAN J. MARTIN, et al.,     )
                             )
            Defendants.      )

### REQUEST TO WITHDRAW MOTION TO DEFER RULING
### AND THE ACCOMPANYING RULE 56(f) AFFIDAVIT

Plaintiff Kerry M. Castello requests that the Court withdraw
his Motion to Defer Ruling and the accompanying Rule 56(f)
Affidavit (Docket at Paper No. 55 and 56).

                                Respectfully submitted,

Date: July 23, 2005

                                Kerry M. Castello, Pro Se
                                P.O. Box 43
                                Norfolk, MA 02056

### CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the
above document was served upon each attorney of record for each
other party by mail, first class, postage prepaid on this 23
day of _____ July _____ , 2005.

                                Kerry M. Castello, Pro Se