UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,           )
                             )
            Plaintiff,       )    C.A. NO. 05-10206-JLT
    v.                       )
                             )
SUSAN J. MARTIN, et al.,     )
                             )
            Defendants.      )

MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
TO THE OPPOSITION/MOTION FOR EXTENSION BY THE DEFENDANTS,
AARON LAZARE, M.D., ARTHUR BREWER, M.D., AND DONNA JURDAK, R.N.

Pursuant to LR 7.1(B)(3), Plaintiff moves for leave to file a reply memorandum to the Opposition/Motion for Extension by the defendants, Aaron Lazare, M.D., Arthur Brewer, M.D., and Donna Jurdak, R.N. ("the defendants"). As reasons therefor, Plaintiff states:

1. The defendants refuse to comply with the local rules and procedural rules of this Court. For instance, the defendants have filed an Opposition/Motion for Extension in violation of LR 7.1(B)(1). Consequently, Plaintiff cannot oppose the motion part of the defendants' document without himself violating the provision within LR 7.1(B)(3).

2. Plaintiff must additionally point out that the defendants are again attempting to apply the Massachusetts Rules of Civil Procedure here in the United States District Court, despite the fact that Plaintiff has opposed it in his Memorandum of Law in Support of the Motion to Strike.

3. The defendants have failed to petition the Court under Fed. R. Civ. P. 6(b) for a post-expiration enlargement of time within which to file a second cross motion for summary

judgment. Instead, the defendants rely on post relief pursuant to Mass. R. Civ. P. 60(b)(1). It is therefore necessary for Plaintiff to file a reply memorandum.

WHEREFORE, Plaintiff requests that his motion be allowed.

Respectfully submitted,

Date: July 23, 2005

_Kerry M. Castello_
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056


CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 23 day of July, 2005.

_Kerry M. Castello_
Kerry M. Castello, Pro Se

2