UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,           )
                             )
            Plaintiff,       )   C.A. NO. 05-10206-JLT
      v.                     )
                             )
SUSAN J. MARTIN, et al.,     )
                             )
            Defendants.      )

MOTION FOR LEAVE TO FILE AN AFFIDAVIT AND
REPLY MEMORANDUM TO THE DEFENDANT SUSAN J. MARTIN'S OPPOSITION
TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ P. 6(b) and LR 7.1(B)(3), Plaintiff moves this Court for leave through September 1, 2005 within which to file an affidavit and reply memorandum to the Defendant Susan J. Martin's ("Martin") Opposition to Plaintiff's Cross-Motion for Summary Judgment. As reasons therefor, Plaintiff states:

1. The Board of Registration in Nursing has provided Plaintiff with a statement of registration, under official seal, that proves Martin is a licensed registered nurse (No. 146258). This evidence directly supports Plaintiff's Cross-Motion for Summary Judgment, whereas Martin argues that she is "not alleged to be a medical doctor, much less a treating clinician or person with medical expertise...." (Martin's Mem. at p. 3).

2. Martin has filed with her Opposition a Second Affidavit, which states in relevant part that the "Department of Correction was not and is not responsible for plaintiff's health care." Plaintiff has obtained a true copy of 103 DOC 601, Division of Health Services Organization, which

provides that "the Director of Health Services is responsible for arranging and providing accessible quality medical, dental and mental health care to all inmates...." 103 DOC 601.01. This evidence will directly support Plaintiff's Cross-Motion for Summary Judgment, and it will assist the Court to make a well informed decision.

3. Plaintiff must additionally inform the Court that there has not been any discovery conducted in this action. Martin chose to file her dispositive Motion for Summary Judgment in response to Plaintiff's Verified Complaint. Plaintiff has obtained his evidence without delay, and Martin will not be prejudiced by the Court granting Plaintiff leave to file an affidavit and reply memorandum.

WHEREFORE, Plaintiff requests that his motion be allowed.

Respectfully submitted,

Date: August 13, 2005

Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 15th day of August, 2005.

Kerry M. Castello, Pro Se