UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,         )
                           )
         Plaintiff,        )    C.A. NO. 05-10206-JLT
    v.                     )
                           )
SUSAN J. MARTIN, et al.,   )
                           )
         Defendants.       )

OBJECTION TO SEGMENTS OF
THE FIRST AFFIDAVIT OF SUSAN J. MARTIN

Plaintiff objects to paragraphs 9 and 10 of the First Affidavit of Susan J. Martin, because they are unsupported by any documentary evidence, as opposed to the entire record of evidence produced by Plaintiff in support of his Cross-Motion for Summary Judgment. The segments of the Affidavit have been advanced in bad faith--lacking factual truth. See generally Fort Hill Builders, Inc. v. National Grange Mutual Insurance Co., 866 F.2d 11 (1st Cir. 1989); see also Klein v. Stahl GMBH & Co. Maschinefabrik, 185 F.3d 98 (3d Cir. 1999); Murray v. Board of Education of New York, 111 F.Supp.2d 349 (S.D.N.Y 2000).

Respectfully submitted,

Date: August 27, 2005

Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

## CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 29th day of August, 2005.

*Kerry M. Castello*
Kerry M. Castello, Pro Se

2