Kerry M. Castello
P.O. Box 43
Norfolk, MA 02056

November 10, 2005

United States District Court
Office Of The Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Castello v. Martin, et al.
    C.A. No. 05-10206-JLT

Dear Sir or Madam:

   I have received a Notice from the Clerk's office informing me that a Motion Hearing has been scheduled for December 1, 2005 at 10:00 A.M. before Judge Tauro in Courtroom 20. I am submitting a petition for issuance of a writ of habeas corpus to insure my appearance on that date.

   Secondly, I cannot determine the order of which documents on record have been filed. I must have an up-to-date copy of the docket entries. Because I am a prisoner, the electronic filing system is not available to me. Please forward me the docket entries as soon as possible. I will need them for the hearing.

   Thank you for your attention to this matter.

                                        Very truly yours,

                                        Kerry M. Castello
                                        Kerry M. Castello

Enclosure
cc: Stephen G. Dietrick, Esq.
    Lisa R. Wichter, Esq.