UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,            )
                              )
        Plaintiff,            )    C.A. NO. 05-10206-JLT
  v.                          )
                              )
SUSAN J. MARTIN, et al.,      )
                              )
        Defendants.           )

MOTION FOR ISSUANCE OF
A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff Kerry M. Castello moves this Honorable Court to issue a writ of habeas corpus (ad testificandum) to the Superintendent at the Massachusetts Correctional Institution Norfolk for the purpose of producing Plaintiff before this Court on December 1, 2005 at 10:00 A.M. for a motion hearing. Plaintiff additionally states that the motion hearing will be held in Courtroom 20 before Judge Joseph L. Tauro.

WHEREFORE, Plaintiff requests that the Court issue the writ as requested herein.

Date: November 10, 2005

Respectfully submitted,

Kerry M. Castello
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

CERTIFICATE OF SERVICE

    I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 10th day of November, 2005.

                                       Kerry M. Castello, Pro Se