UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE UNITED STATES MARSHAL OF THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: THE WARDEN AT MCI NORFOLK, OR ANY OTHER PERSON HAVING CUSTODY OR CONTROL OF KERRY M. COSTELLO, YOU ARE COMMANDED to have the body of KERRY M.COSTELLO, now in your custody, before the United States District Court for the District of Massachusetts at Boston on December 1, 2005 at 10:00 A.M. for the purpose of a MOTIONS HEARING in Courtroom 20, 7th Floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts, in the case of KERRY M. CASTELLO VS RN SUSAN MARTIN, ET AL,CA 05-10206-JLT and you are to retain the body of said KERRY M. CASTELLO, before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return the said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 3TH day of November, 2005.

SARAH THORNTON, CLERK

_____
Zita Lovett, Deputy Clerk