Kerry M. Castello
P.O. Box 43
Norfolk, MA 02056

December 1, 2005

United States District Court
Office Of The Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: <u>Castello v. Martin, et al.</u>
    C.A. No. 05-10206-JLT

Dear Sir or Madam:

    I obtained a copy of the docket entries at the motion hearing before Judge Tauro (12/1/05). Upon review, I have discovered that docket entries 70 and 74 are duplicative. Paper number 74 should reflect Plaintiff's Opposition to the Motion for Extension to File a Motion for Summary Judgment, Post Deadline, by the Defendants, Aaron Lazare, M.D., Arthur Brewer, M.D., and Donna Jurdak, R.N. (re Docket at 71). This clerical mistake must be brought to Judge Tauro's attention.

    Secondly, I am exempt from the electronic filing system because I am a pro se prisoner. As such, I am respectfully requesting that you notify me by mail when the correction has been made on the docket.

    Enclosed please find for filing:

1. Motion to Correct the Record.

    Thank you for your attention to this matter.

Very truly yours,

*Kerry M. Castello*
Kerry M. Castello

Enclosure
cc: Stephen G. Dietrick, Esq.
    Lisa R. Wichter, Esq.