UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KERRY M. CASTELLO,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>SUSAN J. MARTIN, in her individual<br>and official capacity as Director of the<br>Department of Correction, Health Services<br>Division; AARON LAZARE, M.D., in his<br>individual and official capacity as Chancellor<br>and Dean of the University of Massachusetts<br>Medical School; ARTHUR BREWER, M.D., in<br>his individual and official capacity as Director<br>of the UMass Correctional Health Program;<br>DONNA JURDAK, R.N., in her individual and<br>official capacity as Health Services Administrator<br>at the Massachusetts Correctional Health<br>Institution Norfolk;<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 05-10206-JLT |

ORDER

February 1, 2006

TAURO, J.

　　This court hereby orders that:

　　1.　　Defendant Susan J. Martin's Motion for Summary Judgment [#29] is ALLOWED.

　　2.　　Plaintiff's Motion for Summary Judgment Against the Defendant Arthur Brewer [#32] is DENIED.

　　3.　　Plaintiff's Motion for Summary Judgment Against the Defendant Aaron Lazare [#38] is DENIED.

4.  Plaintiff's Motion for Summary Judgment Against the Defendant Donna Jurdak [#44] is DENIED.

5.  Plaintiff's Cross Motion for Summary Judgment Against the Defendant Susan J. Martin [#52] is DENIED.

6.  Defendants' Aaron Lazare, Arthur Brewer, and Donna Jurdak's Cross Motion for Summary Judgment [#63] is ALLOWED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge