UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERRY M. CASTELLO,              )
                                )
            Plaintiff,          )    C.A. NO. 05-10206-JLT
     v.                         )
                                )
SUSAN J. MARTIN, et al.,        )
                                )
            Defendants.         )

MOTION TO ALTER OR AMEND JUDGMENT
BY PLAINTIFF KERRY M. CASTELLO

Pursuant to Fed. R. Civ. P. 59(e) and LR 7.1 (B)(1), Plaintiff Kerry M. Castello moves the Court to alter, amend, or in the alternative, reconsider the order for judgment dated January 1, 2006 (see attached Exhibit A). Paragraphs 1 through 6 of said order should be vacated or rescinded because the Court (1) misapprehended the facts and (2) failed to recognize a procedural error of law. In light of clear errors of fact and law--and to prevent manifest injustice--the Court should reopen the case and conduct a review de novo.

WHEREFORE, Plaintiff requests that the Court vacate or rescind the order and conduct a review de novo.

Respectfully submitted,

Date: February 9, 2006

Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

## CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 10Th day of February, 2006.

                                                                        Kerry M. Castello, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KERRY M. CASTELLO,<br><br>    Plaintiff<br><br>    v.<br><br>SUSAN J. MARTIN, in her individual and official capacity as Director of the Department of Correction, Health Services Division; AARON LAZARE, M.D., in his individual and official capacity as Chancellor and Dean of the University of Massachusetts Medical School; ARTHUR BREWER, M.D., in his individual and official capacity as Director of the UMass Correctional Health Program; DONNA JURDAK, R.N., in her individual and official capacity as Health Services Administrator at the Massachusetts Correctional Health Institution Norfolk;<br><br>    Defendants. | Civil Action No. 05-10206-JLT |

ORDER

February 1, 2006

TAURO, J.

This court hereby orders that:

1.    Defendant Susan J. Martin's Motion for Summary Judgment [#29] is ALLOWED.

2.    Plaintiff's Motion for Summary Judgment Against the Defendant Arthur Brewer [#32] is DENIED.

3.    Plaintiff's Motion for Summary Judgment Against the Defendant Aaron Lazare [#38] is DENIED.

4. Plaintiff's Motion for Summary Judgment Against the Defendant Donna Jurdak [#44] is DENIED.

5. Plaintiff's Cross Motion for Summary Judgment Against the Defendant Susan J. Martin [#52] is DENIED.

6. Defendants' Aaron Lazare, Arthur Brewer, and Donna Jurdak's Cross Motion for Summary Judgment [#63] is ALLOWED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge