UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY M. CASTELLO,<br>    Plaintiff,<br><br>V.<br><br>SUSAN J. MARTIN, in her individual and official capacity as Director of the Department of Correction, Health Services Division; AARON LAZARE, M.D., in his individual and official capacity as Chancellor and Dean of the University of Massachusetts Medical School; ARTHUR BREWER, M.D., in his individual and official capacity as Director of the UMass Correctional Health Program; DONNA JURDAK, R.N., in her individual and official capacity as Health Services Administrator at the Massachusetts Correctional Institution Norfolk,<br>    Defendants. | CIVIL ACTION NO. 05-10206-JLT |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO ALTER OR AMEND JUDGMENT**

**NOW COME** the defendants, Donna Jurdak, R.N., Aaron Lazare, M.D., and Arthur Brewer, M.D., and hereby oppose the plaintiff's Motion to Alter or Amend Judgment. As grounds therefor, the defendants state the following:

1. The plaintiff requests that this Court alter or amend Judge Joseph L. Tauro's Order for Judgment, dated January 1, 2006. The plaintiff's request is based on his assertion that the Court misapprehended the facts and failed to recognize a procedural error of law. *See Plaintiff's Motion to Alter or Amend Judgment.*

2. In support of his Motion to Alter or Amend, the plaintiff alleges that there are genuine issues of material fact in this case, establishing that the defendants "intentionally delayed or interfered with treatment prescribed to treat Mr. Castello's Hepatitis C." *See Plaintiff's Memorandum of Law in Support of his Motion to Alter or Amend Judgment.*

988929v1

3. However, even if the Court takes the facts as asserted in Mr. Castello's Motion to Alter or Amend Judgment as true, there is still no evidence in this case that the defendants intentionally refused to provide Mr. Castello with Hepatitis C therapy in order **to cause him pain or suffering**.

4. The medical records establish that Mr. Castello was seen regularly by UMass Correctional Health ("UMCH") medical staff, and he has received and continues to receive various forms of treatment for his Hepatitis C. Mr. Castello does not provide any evidence in his Motion to Alter or Amend which contradicts these records. *See Memorandum by Judge Joseph L. Tauro, dated February 1, 2006.*

5. The medical records also establish that the defendants followed the UMCH Hepatitis C protocol when providing Mr. Castello with Hepatitis C treatment. Mr. Castello again provides no evidence in his Motion to Alter or Amend Judgment to contradict this fact.

6. Given that there is simply no evidence that the defendants' conduct offended the evolving standards of decency in a civilized society, and given that this is a dispute over the adequacy of medical care, rather than whether a prisoner received any medical attention, the Court acted properly when allowing the defendants' Motion for Summary Judgment.

WHEREFORE, for all the reasons set forth above, the defendants, Donna Jurdak, R.N., Aaron Lazare, M.D., and Arthur Brewer, M.D., respectfully request that this Court DENY the plaintiff's Motion to Alter or Amend Judgment.

Respectfully Submitted,
The Defendants,
DONNA JURDAK, R.N., AARON LAZARE, M.D.
AND ARTHUR BREWER, M.D.
By their attorneys,

/s/ Lisa R. Wichter

James A. Bello, BBO #633550
Lisa R. Wichter, BBO #661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 15th day of February, 2006

/s/ Lisa R. Wichter

Lisa R. Wichter

988929v1