UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KERRY M. CASTELLO, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-10206-JLT |
| | * | |
| SUSAN J. MARTIN, in her individual | * | |
| and official capacity as Director of the | * | |
| Department of Correction, Health Services | * | |
| Division; AARON LAZARE, M.D., in his | * | |
| individual and official capacity as Chancellor | * | |
| and Dean of the University of Massachusetts | * | |
| Medical School; ARTHUR BREWER, M.D., in | * | |
| his individual and official capacity as Director | * | |
| of the UMass Correctional Health Program; | * | |
| DONNA JURDAK, R.N., in her individual and | * | |
| official capacity as Health Services Administrator | * | |
| at the Massachusetts Correctional Health | * | |
| Institution Norfolk; | * | |
| | * | |
| Defendants. | * | |

ORDER

February 15, 2006

TAURO, J.

This Court has reviewed Plaintiff Kerry Castello's Motion to Alter or Amend Judgment and the Memorandum of Law in Support. Even crediting all of Plaintiff's allegations of misstatement of fact and procedural error, this court finds that an amendment of Judgment is not warranted. Plaintiff's Motion to Alter or Amend Judgment [#93] is therefore DENIED.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge