UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY M. CASTELLO, | ) |
|       Plaintiff, | ) |
| V. | ) |
| | ) |
| SUSAN J. MARTIN, in her individual and official capacity as Director of the Department of Correction, Health Services Division; AARON LAZARE, M.D., in his individual and official capacity as Chancellor and Dean of the University of Massachusetts Medical School; ARTHUR BREWER, M.D., in his individual and official capacity as Director of the UMass Correctional Health Program; DONNA JURDAK, R.N., in her individual and official capacity as Health Services Administrator at the Massachusetts Correctional Institution Norfolk; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|       Defendants. | ) |

C.A. No. 05-10206-JLT

NOTICE OF APPEAL

Notice is hereby given that Kerry M. Castello, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from Orders entered in this case by Judge Joseph L. Tauro. Plaintiff claims appeal from the following:

1. Plaintiff appeals from Judge Joseph L. Tauro's Order dated February 15, 2006, denying his Motion to Alter or Amend Judgment.

2. Plaintiff appeals from Judge Joseph L. Tauro's Order for Judgment dated February 1, 2006. Plaintiff claims appeal from paragraphs 1 through 6 as it was ordered:

    (i) Plaintiff appeals from paragraph 1 of the Order allowing the Defendant Susan J. Martin's Motion for Summary Judgment;

    (ii) Plaintiff appeals from paragraph 2 of the Order denying his Motion for Summary Judgment Against the Defendant Arthur Brewer;

    (iii) Plaintiff appeals from paragraph 3 of the Order denying his Motion for Summary Judgment Against the Defendant Aaron Lazare;

    (iv) Plaintiff appeals from paragraph 4 of the Order denying his Motion for Summary Judgment Against the Defendant Donna Jurdak;

    (v) Plaintiff appeals from paragraph 5 of the Order denying his Cross Motion for Summary Judgment Against the Defendant Susan J. Martin;

    (vi) Plaintiff appeals from paragraph 6 of the Order allowing the Joint Cross Motion for Summary Judgment by the Defendants Aaron Lazare, Arthur Brewer, and Donna Jurdak.

3. Plaintiff claims appeal on the issue of the procedural error of law: the Court's (Tauro, J.) failure to reach a determination on the Motion for Extention to File a Cross Motion for Summary Judgment, Post Deadline, by the Defendants Aaron Lazare, Arthur Brewer, and Donna Jurdak.

4. Plaintiff appeals from Judge Joseph L. Tauro's Order dated July 25, 2005, denying his Motion to Stike Untimely Filed Memorandum, Opposition, and Cross Motion for

2

Summary Judgment by the Defendants Aaron Lazare, Arthur Brewer, and Donna Jurdak.

Respectfully submitted,

Date: February 20, 2006

*Kerry M Castello*
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

### LR 3(a) of the First Circuit Rules

| Plaintiff--Appellant | Represented by: |
|---|---|
| Kerry M. Castello | Kerry M. Castello, Pro Se<br>P.O. Box 43<br>Norfolk, MA 02056 |
| **Defendant--Appellee** | **Represented by:** |
| Susan J. Martin, R.N. | Stephen G. Dietrick, Esq.<br>Department of Correction<br>Legal Division<br>70 Franklin Street<br>Suite 600<br>Boston, MA 02110 |
| **Defendant--Appellee** | **Represented by:** |
| Aaron Lazare, M.D. | Lisa R. Wichter, Esq.<br>James A. Bello, Esq.<br>MORRISON MAHONEY, LLP<br>250 Summer Street<br>Boston, MA 02210 |
| **Defendant--Appellee** | **Represented by:** |
| Arthur Brewer, M.D. | Lisa R. Wichter, Esq.<br>James A. Bello, Esq.<br>MORRISON MAHONEY, LLP<br>250 Summer Street<br>Boston, MA 02210 |
| **Defendant--Appellee** | **Represented by:** |
| Donna Jurdak, R.N. | Lisa R. Wichter, Esq.<br>James A. Bello, Esq.<br>MORRISON MAHONEY, LLP<br>250 Summer Street<br>Boston, MA 02210 |