UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY M. CASTELLO,                                      )<br>                                                         )<br>         Plaintiff,                                     )<br>    V.                                                  )<br>                                                         )<br> SUSAN J. MARTIN, in her individual                     )<br> and official capacity as Director of                   )<br> the Department of Correction, Health                   )<br> Services Division; AARON LAZARE,                       )<br> M.D., in his individual and official                   )<br> capacity as Chancellor and Dean                        )<br> of the University of Massachusetts                     )<br> Medical School; ARTHUR BREWER, M.D.,                   )<br> in his individual and official                         )<br> capacity as Director of the UMass                      )<br> Correctional Health Program; DONNA                     )<br> JURDAK, R.N., in her individual and                    )<br> official capacity as Health Services                   )<br> Administrator at the Massachusetts                     )<br> Correctional Institution Norfolk;                      )<br>                                                         )<br>         Defendants.                                    )  | C.A. No. 05-10206-JLT |

CERTIFICATE OF COMPLIANCE
Fed. R. App. P. 10(b)(1)

Pursuant to Fed. R. App. P. 10(b)(1)(B), Plaintiff Kerry M. Castello hereby certifies that no transcript will be ordered. This certificate serves as compliant with Fed. R. App. P. 10(b)(1).

Respectfully submitted,

Date: February 22, 2006

*Kerry M. Castello*
Kerry M. Castello, Pro Se
P.O. Box 43
Norfolk, MA 02056

CERTIFICATE OF SERVICE

I, Kerry M. Castello, hereby certify that a true copy of the above document was served upon each attorney of record for each other party by mail, first class, postage prepaid on this 22nd day of February, 2006.

*Kerry M. Castello*
Kerry M. Castello, Pro Se

2