Kerry M. Castello
P.O. Box 43
Norfolk, MA 02056

```
            FILED
       IN CLERKS OFFICE

       2006 MAR -7  P 12: 29
March 6, 2006
       U.S. DISTRICT COURT
       DISTRICT OF MASS
```

United States District Court
Office Of The Clerk
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: Castello v. Martin, et al.
    C.A. No. 05-10206-JLT

Dear Sir or Madam:

On February 21, 2006, I submitted my Notice of Appeal for filing. In the cover letter, I requested a copy of the docket entries. Please be aware that I have not received them. Therefore, I am respectfully requesting that you forward me a copy. I do not have access to the electronic filing system because I am incarcerated. I need to verify the filing dates of several documents.

Thank you for your attention to this matter.

Very truly yours,

Kerry M. Castello

cc: cas/117