# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10206

Kerry M. Castello

v.

Susan J. Martin, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-99

and contained in Volume(s) I-II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/22/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 27, 2006.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/27/06

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10206-JLT

Castello v. Martin et al
Assigned to: Judge Joseph L. Tauro
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/07/2005
Jury Demand: Both
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Kerry M. Castello**   represented by **Kerry M. Castello**
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056
PRO SE

V.

**Defendant**

**RN Susan J Martin**
*in her individual and official capacity as Director of the Department of Corrections Health Services Division*

represented by **Stephen G. Dietrick**
MA Department of Correction
70 Franklin Street
Suite 600
Boston, MA 02110
617-727-3300
Fax: 617-727-7403
Email: sgdietrick@doc.state.ma.us
*ATTORNEY TO BE NOTICED*

*[Certification stamp: I hereby certify on 3/27/2006 that the foregoing document is a true and correct copy of the electronic docket in the captioned case / electronically filed original filed on ___ / original filed in my office on 3/27/2006. Sarah A. Thornton, Clerk, U.S. District Court, District of Massachusetts. By: [signature] Deputy Clerk]*

**Defendant**

**Dr. Aaron Lazare**
*in his individual and official capacity as Chancellor and Dean of the University of Massachusetts Medical School*

represented by **James A. Bello**
Morrison, Mahoney LLP
250 Summer Street
Boston, MA 02210
617-737-8803
Fax: 617-342-4968
Email:

jbello@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-737-8855
Fax: 617-342-4818
Email:
lwichter@morrisonmahoney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. Arthur Brewer**
*in his idividual and official capacity as Director of the UMass Correctional Health Program*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**R.N. Donna Jurdack**
*in her idividual and official capactity as Health Services Administrator at the Massachusetts COrrectional Institution Norfolk*

represented by **James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa R. Wichter**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Kerry M. Castello.(Jenness, Susan) (Entered: 02/09/2005) |
| 02/01/2005 | 2 | AFFIDAVIT in Support re 1 MOTION for Leave to Proceed in forma pauperis. (Jenness, Susan) (Entered: 02/09/2005) |
| 02/01/2005 | 3 | STATEMENT of Prisoner Account re 1 MOTION for Leave |

| | | |
|---|---|---|
| | | to Proceed in forma pauperis. (Jenness, Susan) (Entered: 02/09/2005) |
| 02/01/2005 | 4 | COMPLAINT against Susan J Martin, Aaron Lazare, Arthur Brewer, Donna Jurdack, filed by Kerry M. Castello.(Jenness, Susan) (Entered: 02/09/2005) |
| 02/01/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge New Magistrate Judge. (Jenness, Susan) (Entered: 02/09/2005) |
| 02/15/2005 | 5 | Judge Joseph L. Tauro : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. It is Ordered that the Clerk issue summonses and the United States Marshal shall serve a copy of the complaint, summons, and this order as directed by the plaintiff with all costs of service to be advanced by the United States. (Greenberg, Rebecca) (Entered: 02/16/2005) |
| 02/15/2005 | 6 | NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at MCI Norfolk (Greenberg, Rebecca) (Entered: 02/16/2005) |
| 02/16/2005 | | Summons Issued as to Susan J Martin, Aaron Lazare, Arthur Brewer, Donna Jurdack. (Greenberg, Rebecca) (Entered: 02/16/2005) |
| 02/23/2005 | 7 | DEMAND for Trial by Jury per Letter by Kerry M. Castello. (Abaid, Kim) (Entered: 02/24/2005) |
| 03/03/2005 | 8 | US Marshal Process Receipt and Return for Susan J. Martin served Delivered on February 25, 2005 (Abaid, Kim) (Entered: 03/07/2005) |
| 03/09/2005 | 9 | US Marshal Process Receipt and Return for Summons and Complaint. Aaron Lazare, M.D. served Delivered on March 2, 2005 .(Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 10 | US Marshal Process Receipt and Return for Summons and Complaint. Arthur Brewer, M.D. served Delivered on March 2, 2005 .(Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 11 | US Marshal Process Receipt and Return for Summons and Complaint by Certified Mail. Donna Jurdak served Delivered on March 2, 2005 .(Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 12 | US Marshal Process Receipt and Return for Summons and Co |

| | | |
|---|---|---|
| | | mplaint by Certified Mail to the Attorney General's Office.. Arthur Brewer, M.D. served Delivered on March 2, 2005. (Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 13 | US Marshal Process Receipt and Return for Summons and Complaint by Certified Mail to Attorney General's Office. Aaron Lazare, M.D. served Delivered on March 2, 2005. (Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 | 14 | US Marshal Process Receipt and Return for Summons and Complaint by Certified Mail to the Attorney General's Office. Susan J. Martin served Delivered on March 2, 2005. (Abaid, Kim) (Entered: 03/14/2005) |
| 03/16/2005 | 21 | US Marshal Process Receipt and Return for Summons and Complaint. Donna Jurdak served Delivered on March 15, 2005. (Abaid, Kim) (Entered: 03/21/2005) |
| 03/18/2005 | 15 | ANSWER to Complaint by Donna Jurdack.(Bello, James) (Entered: 03/18/2005) |
| 03/18/2005 | 16 | DEMAND for Trial by Jury by Donna Jurdack. (Bello, James) (Entered: 03/18/2005) |
| 03/18/2005 | 17 | ANSWER to Complaint with Jury Demand by Aaron Lazare. (Bello, James) (Entered: 03/18/2005) |
| 03/18/2005 | 18 | DEMAND for Trial by Jury by Aaron Lazare. (Bello, James) (Entered: 03/18/2005) |
| 03/18/2005 | 19 | ANSWER to Complaint by Arthur Brewer.(Bello, James) (Entered: 03/18/2005) |
| 03/18/2005 | 20 | DEMAND for Trial by Jury by Arthur Brewer. (Bello, James) (Entered: 03/18/2005) |
| 03/28/2005 | 22 | NOTICE of Appearance by Stephen G. Dietrick on behalf of Susan J Martin (Dietrick, Stephen) (Entered: 03/28/2005) |
| 03/28/2005 | 23 | MOTION for exemption from LR7.1 by Susan J Martin. (Dietrick, Stephen) (Entered: 03/28/2005) |
| 03/28/2005 | 24 | MOTION for Extension of Time to 05/6/2005 to respond to plaintiff's Verified Comlaint by Susan J Martin.(Dietrick, Stephen) (Entered: 03/28/2005) |
| 03/31/2005 | 25 | AFFIDAVIT OF SERVICE Executed by Kerry M. Castello. Acknowledgement filed by Kerry M. Castello. Service of |

| | | |
|---|---|---|
| | | Summons and Complaint made on Kathleen Dennehey on March 22, 2005. (Abaid, Kim) (Entered: 03/31/2005) |
| 03/31/2005 | 26 | AFFIDAVIT OF SERVICE Executed by Kerry M. Castello. Acknowledgement filed by Kerry M. Castello. Summons and Complaint served on Attorney General Thomas Reilly on March 22, 2005. (Abaid, Kim) (Entered: 03/31/2005) |
| 04/07/2005 | 27 | MOTION for Court Order Exempting Plaintiff from Motion Conferences Under LR 7.1(A)(2) by Kerry M. Castello. (Abaid, Kim) (Entered: 04/08/2005) |
| 04/07/2005 | 28 | CERTIFICATE OF CONSULTATION - Affidavit in Compliance with LR 7.1(A)(2) by Kerry M. Castello. (Abaid, Kim) (Entered: 04/08/2005) |
| 04/20/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 27 Motion for Order Exempting Plaintiff from Motion Conferences Under LR 7.1(A)(2). (Abaid, Kim) (Entered: 04/21/2005) |
| 05/06/2005 | 29 | MOTION for Summary Judgment by Susan J Martin.(Dietrick, Stephen) (Entered: 05/06/2005) |
| 05/06/2005 | 30 | MEMORANDUM in Support re 29 MOTION for Summary Judgment filed by Susan J Martin. (Attachments: # 1 Affidavit)(Dietrick, Stephen) (Entered: 05/06/2005) |
| 05/09/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 23 Motion for Exemption from L.R. 7.1 Requiring Motion Conference, granting 24 Motion for Extension of Time (Abaid, Kim) Modified on 5/11/2005 (Abaid, Kim). (Entered: 05/10/2005) |
| 05/12/2005 | 31 | NOTICE of Motion for Summary Judgment Against the Defendant Arthur Brewer, MD as to Count 1 by Kerry M. Castello. (Abaid, Kim) Modified on 5/17/2005 (Abaid, Kim). (Entered: 05/16/2005) |
| 05/12/2005 | 32 | MOTION for Summary Judgment Against the Defendant Arthur Brewer, M.D. as to Count 1 by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 33 | MEMORANDUM in Support re 32 MOTION for Summary Judgment Against the Defendant Arthur Brewer, MD filed by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 34 | STATEMENT of Material Facts in support of 32 Motion for |

| | | |
|---|---|---|
| | | Summary Judgment Against the Defendant Arthur Brewer, MD by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 35 | AFFIDAVIT in Support of 32 Motion for Summary Judgment Against Defendant Arthur Brewer MD by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 36 | SECOND AFFIDAVIT in Support of 32 Motion for Summary Judgment Against the Defendant Arthur Brewer, MD by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 37 | NOTICE of Motion for Summary Judgment Against the Defendant, Aaron Lazare, MD as to Count 1 by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 38 | MOTION for Summary Judgment Against the Defendant Aaron Lazare, MD as to Count 1 by Kerry M. Castello.(Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 39 | MEMORANDUM in Support re 38 MOTION for Summary Judgment Against the Defendant Aaron Lazare, MD filed by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 40 | STATEMENT of Material Facts in Support of 38 Motion for Summary Judgment Against the Defendant Aaron Lazare MD by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 41 | AFFIDAVIT in Support of 38 Motion for Summary Judgment Against Defendant Aaron Lazare, MD as to Count 1 by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 42 | SECOND AFFIDAVIT in Support of Motion for Summary Judgment Against the Defendant Aaron Lazare, MD as to Count 1 by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 43 | NOTICE of Motion for Summary Judgment Against the Defendant Donna Jurdak, RN as to Count 1 by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 44 | MOTION for Summary Judgment Against the Defendant Donna Jurdak RN as to Count 1 by Kerry M. Castello.(Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 45 | MEMORANDUM in Support re 44 MOTION for Summary Judgment Against Defendant Donna Jurdak RN filed by Kerry M. Castello. (Abaid, Kim) (Entered: 05/16/2005) |



| 05/12/2005 | 46 | STATEMENT of Material Facts in Support of 44 Motion for Summary Judgment Against the Defendant Donna Jurdak RN as to Count 1 by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| --- | --- | --- |
| 05/12/2005 | 47 | AFFIDAVIT in Support of 44 Motion for Summary Judgment Against the Defendant Donna Jurdak RN by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 48 | SECOND AFFIDAVIT in Support of 44 Motion for Summary Judgment Against the Defendant Donna Jurdak RN as to Count 1 by Kerry Castello. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/12/2005 | 49 | MOTION for Extension of Time to June 11, 2005 to File Response/Reply as to 29 MOTION for Summary Judgment by Kerry M. Castello.(Abaid, Kim) (Entered: 05/16/2005) |
| 05/19/2005 | 50 | MEMORANDUM in Opposition re 29 MOTION for Summary Judgment filed by Kerry M. Castello. (Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | 51 | STATEMENT of Material Facts in Support of 50 Memorandum in Opposition to Motion for Summary Judgment. (Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | 52 | Cross MOTION for Summary Judgment Against the Defendant Susan J. Martin, as to Count One of the Complaint by Kerry M. Castello.(Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | 53 | RULE 56(e) AFFIDAVIT in Support of 50 Memorandum in Opposition to Motion for Summary Judgment by Kerry M. Castello. (Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | 54 | SECOND RULE 56(e) AFFIDAVIT by Kerry M. Castello. (Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | 55 | MOTION to Defer Ruling by Kerry M. Castello.(Abaid, Kim) (Entered: 05/20/2005) |
| 05/19/2005 | 56 | AFFIDAVIT in Support re 55 MOTION to Defer Ruling. (Abaid, Kim) (Entered: 05/20/2005) |
| 06/01/2005 | 57 | NOTICE of Appearance by James A. Bello on behalf of Aaron Lazare, Arthur Brewer, Donna Jurdack (Bello, James) (Entered: 06/01/2005) |
| 06/01/2005 | 58 | NOTICE of Appearance by Lisa R. Wichter on behalf of |

| | | |
|---|---|---|
| | | Aaron Lazare, Arthur Brewer, Donna Jurdack (Wichter, Lisa) (Entered: 06/01/2005) |
| 06/01/2005 | 59 | MOTION for Extension of Time to 6/15/05 to File *Motion for Summary Judgment* by Aaron Lazare, Arthur Brewer, Donna Jurdack. (Attachments: # 1 Affidavit of James A. Bello) (Wichter, Lisa) (Entered: 06/01/2005) |
| 06/01/2005 | 60 | MOTION for Extension of Time to 07/15/05 by Susan J Martin.(Dietrick, Stephen) (Entered: 06/01/2005) |
| 06/06/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 60 Motion for Extension of Time (Abaid, Kim) (Entered: 06/06/2005) |
| 06/06/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 59 Motion for Extension of Time to File (Abaid, Kim) (Entered: 06/06/2005) |
| 06/07/2005 | 61 | Opposition re 60 MOTION for Extension of Time to 07/15/05 filed by Kerry M. Castello. (Abaid, Kim) (Entered: 06/09/2005) |
| 06/22/2005 | 62 | Letter requesting docket from Kerry M. Castello. (Abaid, Kim) (Entered: 06/22/2005) |
| 06/30/2005 | 63 | Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment* by Aaron Lazare, Arthur Brewer, Donna Jurdack.(Bello, James) (Entered: 06/30/2005) |
| 06/30/2005 | 64 | MEMORANDUM in Support re 63 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment* filed by Aaron Lazare, Arthur Brewer, Donna Jurdack. (Attachments: # 1 Exhibit List)(Bello, James) (Entered: 06/30/2005) |
| 06/30/2005 | 65 | STATEMENT of facts re 63 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*. (Bello, James) (Entered: 06/30/2005) |
| 06/30/2005 | 66 | STATEMENT OF COUNSEL *Undisputed Facts in Support of Cross Motion for Summary Judgment* by Aaron Lazare, Arthur Brewer, Donna Jurdack. (Bello, James) (Entered: 06/30/2005) |
| 07/11/2005 | 67 | MOTION to Strike 63 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*, 64 Memorandum in Support of Motion, 65 |

| | | |
|---|---|---|
| | | Statement of facts by Kerry M. Castello.(Abaid, Kim) (Entered: 07/12/2005) |
| 07/11/2005 | 68 | MEMORANDUM in Support re 67 MOTION to Strike 63 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*, 64 Memorandum in Support of Motion, 65 Statement of facts filed by Kerry M. Castello. (Abaid, Kim) (Entered: 07/12/2005) |
| 07/13/2005 | 69 | MOTION for Extension of Time to 08/13/2005 to oppose plaintiff's motion for summary judgment by Susan J Martin. (Dietrick, Stephen) (Entered: 07/13/2005) |
| 07/18/2005 | 70 | Opposition re 69 MOTION for Extension of Time to 08/13/2005 to oppose plaintiff's motion for summary judgment filed by Kerry M. Castello. (Abaid, Kim) (Entered: 07/18/2005) |
| 07/20/2005 | 71 | Opposition re 67 MOTION to Strike 63 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*, 64 Memorandum in Support of Motion, 65 Statement of facts *and Motion for an Extension to File a Motion for Summary Judgment, Post-Deadline* filed by Aaron Lazare, Arthur Brewer, Donna Jurdack. (Attachments: # 1 Exhibit 1-3)(Wichter, Lisa) (Entered: 07/20/2005) |
| 07/25/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 69 Motion for Extension of Time (Abaid, Kim) (Entered: 07/25/2005) |
| 07/25/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 67 Motion to Strike (Abaid, Kim) (Entered: 07/25/2005) |
| 07/28/2005 | 72 | Letter requesting withdrawal of Documents 55 and 56 from Kerry Castello. (Abaid, Kim) (Entered: 07/29/2005) |
| 07/28/2005 | 73 | MOTION for Leave to File a Reply Memorandum by Kerry M. Castello.(Abaid, Kim) (Entered: 07/29/2005) |
| 08/01/2005 | 74 | Opposition re Motion for Extension to File a Cross Motion for Summary Judgment, Post-Deadline filed by Kerry M. Castello. (Abaid, Kim) Modified on 12/5/2005 (Abaid, Kim). (Entered: 08/01/2005) |
| 08/03/2005 | 75 | MOTION for Leave to Delete Count Two of the Verified Complaint by Kerry M. Castello. (Attachments: # 1 Proposed Amended Complaint# 2 Exhibits to the Amended Complaint# |

| | | |
|---|---|---|
| | | 3 Certificate of Service)(Abaid, Kim) (Entered: 08/03/2005) |
| 08/08/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered denying as moot 73 Motion for Leave to File a Reply Memorandum. (Abaid, Kim) (Entered: 08/09/2005) |
| 08/12/2005 | 76 | Opposition re 52 MOTION for Summary Judgment filed by Susan J Martin, Aaron Lazare, Arthur Brewer, Donna Jurdack. (Attachments: # 1 Affidavit of Susan J. Martin)(Dietrick, Stephen) (Entered: 08/12/2005) |
| 08/16/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 75 Motion for Leave to Delete Count Two of the Verified Complaint. (Abaid, Kim) (Entered: 08/16/2005) |
| 08/16/2005 | 77 | AMENDED COMPLAINT against all defendants, filed by Kerry M. Castello. (Attachments: # 1 Exhibit)(Abaid, Kim) (Entered: 08/16/2005) |
| 08/16/2005 | 78 | MOTION for Leave to File an Affidavit and Reply Memorandum by Kerry M. Castello.(Abaid, Kim) (Entered: 08/18/2005) |
| 08/22/2005 | 79 | ANSWER to Amended Complaint by Arthur Brewer.(Bello, James) (Entered: 08/22/2005) |
| 08/22/2005 | 80 | ANSWER to Amended Complaint by Donna Jurdack.(Bello, James) (Entered: 08/22/2005) |
| 08/22/2005 | 81 | ANSWER to Amended Complaint by Aaron Lazare.(Bello, James) (Entered: 08/22/2005) |
| 08/24/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 78 Motion for Leave to File. No further extensions will be granted. (Lovett, Zita) (Entered: 08/24/2005) |
| 08/30/2005 | 82 | THIRD RULE 56(e) AFFIDAVIT In Support of the Memorandum in Opposition to 29 Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment by Kerry M. Castello. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Abaid, Kim) (Entered: 08/31/2005) |
| 08/30/2005 | 83 | REPLY to Response to Motion re 52 Cross MOTION for Summary Judgment filed by Kerry M. Castello. (Abaid, Kim) Additional attachment(s) added on 8/31/2005 (Abaid, Kim). (Entered: 08/31/2005) |

| | | |
|---|---|---|
| 08/30/2005 | 84 | Objection to Segments of the First Affidavit of Susan J. Martin by Kerry M. Castello. (Abaid, Kim) (Entered: 08/31/2005) |
| 08/30/2005 | 85 | Objection to the Second Affidavit Filed by Susan J. Martin by Kerry M. Castello. (Abaid, Kim) (Entered: 08/31/2005) |
| 11/03/2005 | | NOTICE of Hearing on Motion 32 MOTION for Summary Judgment, 49 MOTION for Extension of Time to June 11, 2005 to File Response/Reply as to 29 MOTION for Summary Judgment, 52 MOTION for Summary Judgment, 63 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*, 29 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 55 MOTION to Defer Ruling, 44 MOTION for Summary Judgment: Motion Hearing set for 12/1/2005 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 11/03/2005) |
| 11/03/2005 | 88 | WRIT of of Habeas Corpus Ad Testificandum issued (Abaid, Kim) (Entered: 11/10/2005) |
| 11/10/2005 | 86 | Letter requesting docket from Kerry M. Castello. (Abaid, Kim) (Entered: 11/10/2005) |
| 11/10/2005 | 87 | MOTION for Writ of Habeas Corpus ad testificandum by Kerry M. Castello.(Abaid, Kim) (Entered: 11/10/2005) |
| 11/10/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered granting as moot 87 Motion for Writ of Habeas Corpus ad testificandum (Abaid, Kim) Modified on 11/14/2005 (Abaid, Kim). (Entered: 11/10/2005) |
| 12/01/2005 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro : Motion Hearing held on 12/1/2005 re 52 MOTION for Summary Judgment, 63 Cross MOTION for Summary Judgment, 44 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 29 MOTION for Summary Judgment, 32 MOTION for Summary Judgment. Defendants Exhibit filed in open court. Matters taken under advisement. (Court Reporter Carol L. Scott.) (Abaid, Kim) (Entered: 12/01/2005) |
| 12/05/2005 | 89 | Letter re: Docket from Kerry M. Castello. (Abaid, Kim) (Entered: 12/05/2005) |
| 12/05/2005 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 74 corrected because: Corrected title of document on docket to reflect actual title of document (Abaid, |

| | | |
|---|---|---|
| | | Kim) (Entered: 12/05/2005) |
| 12/05/2005 | 90 | MOTION to Correct 74 Opposition to Motion by Kerry M. Castello.(Abaid, Kim) (Entered: 12/05/2005) |
| 12/05/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 90 Motion to Correct (Abaid, Kim) (Entered: 12/05/2005) |
| 12/05/2005 | ● | DOCKET SHEET sent to Kerry M. Castello. (Abaid, Kim) (Entered: 12/05/2005) |
| 01/16/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered denying as moot 49 Motion for Extension of Time to File Response, denying 55 Motion to Defer Ruling on Motion for Summary Judgment. (Abaid, Kim) (Entered: 01/17/2006) |
| 02/01/2006 | 91 | Judge Joseph L. Tauro : ORDER entered 29 Defendant Susan Martin's Motion for Summary Judgment is ALLOWED. 32 Plaintiff's Motion for Summary Judgment Against Defendant Brewer is DENIED. 38 Plaintiff's Motion for Summary Judgment Against Defendant Lazare is DENIED. 44 Plaintiff's Motion for Summary Judgment Against Defendant Jurdak is DENIED. 52 Plaintiff's Cross Motion for Summary Judgment Against Defendant Martin is DENIED. 63 Defendants Lazare, Brewer, and Jurdak's Cross Motion for Summary Judgment is ALLOWED. (Abaid, Kim) (Entered: 02/01/2006) |
| 02/01/2006 | 92 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM AND OPINION(Abaid, Kim) (Entered: 02/01/2006) |
| 02/14/2006 | 93 | MOTION to Alter Judgment by Kerry M. Castello.(Abaid, Kim) (Entered: 02/14/2006) |
| 02/14/2006 | 94 | MEMORANDUM in Support re 93 MOTION to Alter Judgment filed by Kerry M. Castello. (Attachments: # 1 Exhibit 1)(Abaid, Kim) (Entered: 02/14/2006) |
| 02/15/2006 | 95 | Opposition re 93 MOTION to Alter Judgment filed by Aaron Lazare, Arthur Brewer, Donna Jurdack. (Wichter, Lisa) (Entered: 02/15/2006) |
| 02/15/2006 | 96 | Judge Joseph L. Tauro : ORDER entered denying 93 Motion to Alter Judgment (Abaid, Kim) (Entered: 02/15/2006) |
| 02/22/2006 | 97 | NOTICE OF APPEAL as to 96 Order on Motion to Alter Judgment, 91 Order on Motion for Summary Judgment by Kerry M. Castello. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First |

|  |  |  |
|---|---|---|
|  |  | Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/14/2006. (Abaid, Kim) (Entered: 02/22/2006) |
| 02/23/2006 | 98 | NOTICE - Certificate of Compliance by Kerry M. Castello (Abaid, Kim) (Entered: 02/23/2006) |
| 03/07/2006 | 99 | Letter requesting a copy of the docket from Kerry M. Castello. (Abaid, Kim) (Entered: 03/08/2006) |