## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10206

Kerry M. Castello

v.

Susan J. Martin, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-99

and contained in Volume(s) I-II are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/22/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 27, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3/30/06 .

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1534

- 3/06