# United States Court of Appeals
## For the First Circuit

No. 06-1534
DC No. 05-10206

KERRY M. CASTELLO
Plaintiff - Appellant

v.

SUSAN J. MARTIN, in her individual and official capacity as
Director of the Department of Corrections, Health Services
Division; AARON LAZARE, M.D., in his individual and official
capacity as Chancellor and Dean of the University of
Massachusetts Medical School; ARTHUR BREWER, M.D., in his
individual and official capacity as Director of the UMass
Correctional Health Program; DONNA JURDAK, R.N., in her
individual and official capacity as Health Services
Administrator at the Massachusetts Correctional Health
Institution Norfolk
Defendants - Appellees

ORDER OF COURT
Entered: April 11, 2006
Pursuant to 1st Cir. R. 27(d)

The appellant listed above is a prisoner seeking to appeal in forma pauperis and has applied to proceed without prepayment of the $255 filing fee under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(a)(2). Appellant has completed and filed a consent form permitting appropriate prison officials to calculate and collect in installments the $255 filing fee from appellant's prison trust account in accordance with the terms of 28 U.S.C. §1915(b)(1) and (2).

1. Pursuant to the consent form signed by the appellant, the custodian of this appellant's inmate trust account is directed to **calculate, collect and forward to the Clerk of the United States District Court for the District of Massachusetts**, as payment for the initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of the greater of:

   (a) the average monthly deposits to the inmate trust account; or

   (b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on February 22, 2006. That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

  2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full $255 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

  3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

  4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Massachusetts. A copy of appellant's authorization shall be sent to the custodian.

           By the Court:

           Richard Cushing Donovan, Clerk

          By: JULIE GREGG
             Operations Manager

[Certified copy to Sarah A. Thornton, Clerk of the USDC of MA,
   and Marsha A. Collins, Treasurer, MCI Norfolk,
  cc: Messrs. Castello, Dietrick, Bello, Ms. Wichter]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 4/11/06

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

RE: 06-1534  Castello v. Martin (District Court #05-10206)

To Be Filed By: 4/14/06

*2006 APR 10*
*FILED IN CLERKS OFFICE*
*US COURT OF APPEALS*
*FOR THE FIRST CIRCUIT*

**PRISONER TRUST ACCOUNT REPORT**

Name: Kerry M. Castello          NUMBER: #W68067

*******************************************************************

TO:    Trust Officer
FROM:  Clerk, U.S. Court of Appeals for the First Circuit

   Under the Prisoner Litigation Reform Act, a prisoner appealing
a civil judgment must obtain from the trust officer of each
institution in which the prisoner was confined during the preceding
six months a **certified copy** of the prisoner's trust account
statement for the six months prior to filing of the appeal.

   Please complete this form, attach the supporting ledger
sheets, and return these documents to the prisoner for mailing to
the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:                2/22/06

BALANCE at time of filing notice of appeal:     184.50

AVERAGE MONTHLY DEPOSITS during the six
months prior to filing of the notice of
   appeal:                                      153.76

AVERAGE MONTHLY BALANCE during the six
months prior to filing of the notice of
appeal:                                         104.16

I certify that the above information accurately states the deposits
and balances in applicant's trust account for the period shown. The
attached ledger sheets for the six-month period prior to 2/22/06
are true copies of account records maintained in the ordinary course
of business.

DATE: 4/6/06

AUTHORIZED SIGNATURE: *Marsha A Collins*

NAME AND TITLE: Marsha A Collins  Treasurer
ADDRESS: MCI NORFOLK
         PO Box 43
         Norfolk Ma 02056

Form 1

RE: 06-1534   Castello v. Martin (District Court #05-10206)

To Be Filed By: 4/14/06

2006 APR 10 P 1:03
RECEIVED FIRST CIRCUIT
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT**

*******************************************************************

I, ____Kerry M. Castello____, #__W68067__, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of fees and setting the amount of the initial partial appellate filing fee, the appropriate prison officials shall collect from my prison account and pay to the appropriate district court an initial payment of twenty percent of the <u>greater</u> of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice period.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payment to the Clerk's Office,
   U.S. District Court of MA
   1 Courthouse Way
   Boston, MA  02210
until such time as the filing fee* is paid in full.

Executed on the __6th__ day of __April__, __2006__.

_____Kerry M. Castello_____
SIGNATURE OF APPELLANT

_____Kerry M. Castello_____
PRINT NAME

Form 2

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060406 13:45

Page: 1

| Commit# : | W68067 | | | | MCI NORFOLK | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | CASTELLO, KERRY, M. | | | | Statement From | 20050822 | | | |
| Inst : | MCI NORFOLK | | | | To | 20060222 | | | |
| Block : | 2-1 | | | | | | | | |
| Cell/Bed : | 305 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $5,110.14 | $4,896.05 | $20.00 | $19.87 |
| 20050823 12:31 | IC - Transfer from Inmate to Club A/c | 5150338 | | NOR | ~822.822.822.822.822.~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $25.60 | $0.00 | $0.00 |
| 20050831 09:26 | IC - Transfer from Inmate to Club A/c | 5186398 | | NOR | ~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $63.63 | $0.00 | $0.00 |
| 20050831 16:05 | EX - External Disbursement | 5188672 | 66097 | NOR | ~CA #05-10206-JLT~U.S. DISTRICT COURT | $0.00 | $43.00 | $0.00 | $0.00 |
| 20050902 04:39 | CN - Canteen | 5202982 | | NOR | ~Canteen Date : 20050901 | $0.00 | $19.29 | $0.00 | $0.00 |
| 20050902 10:13 | IC - Transfer from Inmate to Club A/c | 5207361 | | NOR | ~Letter to: Stephen G. Drtieck, on 08/29/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20050902 10:14 | IC - Transfer from Inmate to Club A/c | 5207375 | | NOR | ~Letter to: Morrison Mahoney, LLP on 08/29/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20050906 08:47 | VI - Visitation | 5212503 | | NOR | ~Bradley N. Castello~CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050907 08:59 | EX - External Disbursement | 5221549 | 66162 | NOR | ~EDWARD HAMILTON BOOKS | $0.00 | $33.45 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5245943 | | NOR | | $0.74 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5245944 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050915 13:37 | IC - Transfer from Inmate to Club A/c | 5288500 | | NOR | ~COMM. K. DENNEHY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050915 13:49 | IC - Transfer from Inmate to Club A/c | 5288557 | | NOR | ~CLERK OF COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050916 15:34 | IC - Transfer from Inmate to Club A/c | 5295717 | | NOR | ~TO DISTRICT COURT 8/29/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.35 | $0.00 | $0.00 |
| 20050919 10:31 | ML - Mail | 5298821 | | NOR | ~GINA CASTELLO | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050928 13:11 | ML - Mail | 5341963 | | NOR | ~PAULA BARAO | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050929 22:30 | CN - Canteen | 5356777 | | NOR | ~Canteen Date : 20050929 | $0.00 | $31.04 | $0.00 | $0.00 |
| 20050930 15:53 | EX - External Disbursement | 5360049 | 66698 | NOR | ~CA #05-10206-JLT~U.S. DISTRICT COURT | $0.00 | $18.00 | $0.00 | $0.00 |
| 20051003 12:00 | ML - Mail | 5364774 | | NOR | ~COSTELLO, GINA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051003 12:00 | MA - Maintenance and Administration | 5364776 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051004 15:10 | ML - Mail | 5373004 | | NOR | ~CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051005 15:35 | IC - Transfer from Inmate to Club A/c | 5380187 | | NOR | ~RAMONA CASANOVA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20051013 14:56 | IC - Transfer from Inmate to Club A/c | 5427507 | | NOR | ~RAMONA CASANOVA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20051013 15:29 | IC - Transfer from Inmate to Club A/c | 5427632 | | NOR | ~RAMONA CASANOVA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5429254 | | NOR | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5429255 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20051013 22:30 | CN - Canteen | 5446639 | | NOR | ~Canteen Date : 20051013 | $0.00 | $18.91 | $0.00 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20060406 13:45

Page : 2

| Commit# : | W68067 | | | | MCI NORFOLK | | | | |
| Name : | CASTELLO, KERRY, M. | | | | Statement From | 20050822 | | | |
| Inst : | MCI NORFOLK | | | | To | 20060222 | | | |
| Block : | 2-1 | | | | | | | | |
| Cell/Bed : | 305 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051020 13:46 | IC - Transfer from Inmate to Club A/c | 5476765 | | NOR | ~RAMONA CASANOVA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20051024 15:01 | ML - Mail | 5487085 | | NOR | ~COSTELLO, GINA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051024 15:22 | EX - External Disbursement | 5487191 | 67063 | NOR | ~EDWARD HAMILTON BOOKS | $0.00 | $20.45 | $0.00 | $0.00 |
| 20051025 13:42 | IC - Transfer from Inmate to Club A/c | 5491496 | | NOR | ~LIFER'S GROUP - Z21~LIFER'S GROUP - Z21 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051025 16:19 | EX - External Disbursement | 5491815 | 67091 | NOR | ~FINAL PAYMENT CA #05-10206-JLT~U.S. DISTRICT COURT | $0.00 | $2.82 | $0.00 | $0.00 |
| 20051026 09:50 | EX - External Disbursement | 5495665 | 67100 | NOR | ~THOMSON WEST PUB. | $0.00 | $62.00 | $0.00 | $0.00 |
| 20051102 15:57 | ML - Mail | 5537443 | | NOR | ~CASTELLO, BRADLEY, , | $60.00 | $0.00 | $0.00 | $0.00 |
| 20051102 15:57 | MA - Maintenance and Administration | 5537445 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051108 17:28 | IS - Interest | 5568835 | | NOR | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20051108 17:28 | IS - Interest | 5568836 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20051110 13:41 | IC - Transfer from Inmate to Club A/c | 5602994 | | NOR | ~RAMONA CASANOVA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20051110 22:30 | CN - Canteen | 5606052 | | NOR | ~Canteen Date : 20051110 | $0.00 | $37.89 | $0.00 | $0.00 |
| 20051114 10:27 | IC - Transfer from Inmate to Club A/c | 5610677 | | NOR | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20051125 13:06 | CI - Transfer from Club to Inmate A/c | 5675276 | | NOR | ~STIPEND NOVEMBER 2005~W68067 CASTELLO,KERRY M PERSONAL~INMATE BENEFIT - Z1 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051125 13:35 | AT - Account Transfer | 5675412 | | NOR | ~STIPEND NOVEMBER 2005~W68067 CASTELLO,KERRY M SAVINGS | $0.00 | $12.50 | $12.50 | $0.00 |
| 20051129 13:20 | IC - Transfer from Inmate to Club A/c | 5682925 | | NOR | ~ATTORNEY STEVEN BORIS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20051202 14:07 | ML - Mail | 5708580 | | NOR | ~CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051202 14:07 | MA - Maintenance and Administration | 5708582 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051202 14:14 | ML - Mail | 5708645 | | NOR | ~COSTELLO, GINA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051209 13:18 | ML - Mail | 5749883 | | NOR | ~BASAO, PAULA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:05 | CI - Transfer from Club to Inmate A/c | 5769541 | | NOR | ~dec stipend~W68067 CASTELLO,KERRY M PERSONAL~INMATE BENEFIT - Z1 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:05 | AT - Account Transfer | 5769542 | | NOR | ~dec stipend~W68067 CASTELLO,KERRY M SAVINGS | $0.00 | $12.50 | $12.50 | $0.00 |
| 20051214 16:56 | IS - Interest | 5770997 | | NOR | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20051214 16:56 | IS - Interest | 5770998 | | NOR | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20051215 14:38 | ML - Mail | 5798476 | | NOR | ~CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051215 22:30 | CN - Canteen | 5800581 | | NOR | ~Canteen Date : 20051215 | $0.00 | $44.72 | $0.00 | $0.00 |
| 20051216 13:19 | IC - Transfer from Inmate to Club A/c | 5804372 | | NOR | ~MAGGIE MULVIHILL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060406 13:45

| | | | | | | Page: 3 |
|---|---|---|---|---|---|---|
| Commit# : | W68067 | | | MCI NORFOLK | | |
| Name : | CASTELLO, KERRY, M, | | | Statement From | 20050822 | |
| Inst : | MCI NORFOLK | | | To | 20060222 | |
| Block : | 2-1 | | | | | |
| Cell/Bed : | 305 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051220 09:47 | ML - Mail | 5815643 | | NOR | ~REFUND THOMAS WEST | $62.00 | $0.00 | $0.00 | $0.00 |
| 20051220 10:14 | EX - External Disbursement | 5816007 | 68144 | NOR | ~THOMSON/WEST PUBLISHING | $0.00 | $72.98 | $0.00 | $0.00 |
| 20051222 22:30 | CN - Canteen | 5841701 | | NOR | ~Canteen Date : 20051222 | $0.00 | $17.49 | $0.00 | $0.00 |
| 20051227 10:55 | ML - Mail | 5852767 | | NOR | ~16 BORDEN ST NEW BEDFORD | $15.00 | $0.00 | $0.00 | $0.00 |
| 20060104 13:36 | ML - Mail | 5897037 | | NOR | ~CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060104 13:36 | MA - Maintenance and Administration | 5897039 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060106 14:12 | IC - Transfer from Inmate to Club A/c | 5918377 | | NOR | ~SERGEANT K. KENNEY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20060106 14:13 | IC - Transfer from Inmate to Club A/c | 5918383 | | NOR | ~DONNA JURDAK HSA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20060106 15:08 | IC - Transfer from Inmate to Club A/c | 5918758 | | NOR | ~SUP LUIS SPENCER~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20060110 09:40 | EX - External Disbursement | 5929798 | 68559 | NOR | ~THOMSON-WEST PUBLISHING | $0.00 | $52.50 | $0.00 | $0.00 |
| 20060119 12:34 | IC - Transfer from Inmate to Club A/c | 5982629 | | NOR | ~DR. ARTHUR BREWER~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.27 | $0.00 | $0.00 |
| 20060119 12:36 | CI - Transfer from Club to Inmate A/c | 5982632 | | NOR | ~JANUARY 06 STIPEND~W68067 CASTELLO,KERRY M PERSONAL~INMATE BENEFIT - Z1 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060119 12:36 | AT - Account Transfer | 5982633 | | NOR | ~JANUARY 06 STIPEND~W68067 CASTELLO,KERRY M SAVINGS | $0.00 | $12.50 | $12.50 | $0.00 |
| 20060119 16:39 | IS - Interest | 5984720 | | NOR | | $1.03 | $0.00 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5984721 | | NOR | | $0.00 | $0.00 | $0.10 | $0.00 |
| 20060119 22:30 | CN - Canteen | 6001515 | | NOR | ~Canteen Date : 20060119 | $0.00 | $47.56 | $0.00 | $0.00 |
| 20060125 15:13 | IC - Transfer from Inmate to Club A/c | 6019430 | | NOR | ~LIFER'S GROUP - Z21~LIFER'S GROUP - Z21 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20060126 09:00 | EX - External Disbursement | 6029971 | 68858 | NOR | ~THOMSON-WEST PUBLISHING | $0.00 | $26.78 | $0.00 | $0.00 |
| 20060131 15:51 | IC - Transfer from Inmate to Club A/c | 6046754 | | NOR | ~FRACIS FORD SUP COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.55 | $0.00 | $0.00 |
| 20060202 22:30 | CN - Canteen | 6066476 | | NOR | ~Canteen Date : 20060202 | $0.00 | $46.22 | $0.00 | $0.00 |
| 20060203 13:06 | ML - Mail | 6073117 | | NOR | ~CASTELLO, BRADLEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060203 13:06 | MA - Maintenance and Administration | 6073119 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060206 14:16 | IC - Transfer from Inmate to Club A/c | 6080435 | | NOR | ~PETER HEFFERMAN DOC/HSD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.40 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6146138 | | NOR | | $1.09 | $0.00 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6146139 | | NOR | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20060216 22:30 | CN - Canteen | 6161906 | | NOR | ~Canteen Date : 20060216 | $0.00 | $35.20 | $0.00 | $0.00 |
| 20060222 12:51 | CI - Transfer from Club to Inmate A/c | 6179253 | | NOR | ~STIPEND FEBRUARY 2006~W68067 CASTELLO,KERRY M PERSONAL~INMATE BENEFIT - Z1 | $25.00 | $0.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060406 13:45

| | | | | | | | Page : 4 |
|---|---|---|---|---|---|---|---|
| Commit# : | W68067 | | | | MCI NORFOLK | | |
| Name : | CASTELLO, KERRY, M. | | | Statement From | 20050822 | | |
| Inst : | MCI NORFOLK | | | To | 20060222 | | |
| Block : | 2-1 | | | | | | |
| Cell/Bed : | 305 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060222 13:24 | AT - Account Transfer | 6179354 | | NOR | ~STIPEND FEBRUARY 2006~W68067 CASTELLO,KERRY M SAVINGS | $0.00 | $12.50 | $12.50 | $0.00 |
| | | | | | | $745.87 | $834.43 | $50.27 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $125.53 | $50.40 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $210.89 | $63.10 | $0.00 | $0.00 | $0.00 | $0.00 |